UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Alaska Dept. of Corrections,<br>Mark Antrim Commissioner of<br>Alaska Dept. of Corrections,<br><br>　　　　　　　Defendants. | NO. |

NOTICE OF REMOVAL

TO:　Judges of the United States District Court
and to:　Loren J. Larson, Jr. - Pro Se
　　　　　CCA/FCC
　　　　　P.O. Box 6200
　　　　　Florence, Arizona 85232

You are hereby notified pursuant to 28 U.S.C. §1441(a) and §1446 as follows:

1. That Defendants, Alaska Department of Corrections, Marc Antrim, Commissioner of the Alaska Department of Corrections, with its principle place of business located in Anchorage, Alaska, have this day filed in the United States District Court for the District of Alaska at Anchorage this Notice of Removal to said District Court of the action brought by Loren J. Larson, Jr., in the Superior Court for the State of Alaska Third Judicial District at Anchorage, Case No. 3AN-06-0606 Civil;

Notice of Removal
*Bennett v. Corrections Corporation of America et al*
Case No.: A03-_____ Civil
Page 1 of 5

2. That a Notice of Removal has also been filed with the Clerk of the Superior Court for the State of Alaska, Third Judicial District at Anchorage (Exhibit A); and,

3. That said action has thereby been removed from the Superior Court for the State of Alaska, Third Judicial District at Anchorage to the United States District Court, District of Alaska at Anchorage.

4. Defendants above-named, on information and belief represent that there exists amongst all Defendants agreement to the removal of this action.

Defendants submit the following grounds for removal:

1. Loren J. Larson, Jr. is the plaintiff and Defendants above-named, Alaska Department of Corrections, Mark Antrim, Commissioner of the Alaska Department of Corrections.are Defendants in a case filed on March 15, 2006 in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No.  3AN-06-0606 Civil.  A copy of the Complaint is contained in a copy of the State Court record which is being filed simultaneously with the Notice of Removal (Exhibit B).

2. Plaintiff, Loren J. Larson, Jr., is a resident and citizen of the State of Alaska.

3. Defendant, Alaska Department of Corrections is an Alaska corporation, with its principle place of business located in Anchorage.

4. Plaintiff seeks to recover damages from Defendants based on theories based on the 14th Amendment of the United States Constitution and seeks an amount in excess of $100,000.00.

5. The initial pleading setting forth claims for relief was received by Commissioner of the Alaska Department of Corrections, Marc Antrim, on March 29, 2006. (Exhibit B).

6. Fewer than 30 days have elapsed since the receipt by Commissioner Marc Antrim of a copy of the initial pleading setting forth Plaintiff's claim for relief.

7. Jurisdiction of this case rests in the United States District Court by virtue of 28 U.S.C. §1331.

8. Removal is appropriate by virtue of 28 U.S.C. §1441.

9. Defendants' efforts to effect removal of this action are in accordance with 28 U.S.C. §1446.

10. Plaintiff alleges constitutional violations pursuant to U.S.C. §1983. (Exhibit B).

11. All defenses are reserved.

WHEREFORE, defendants, Alaska Department of Corrections and Marc Antrim, Commissioner of the Alaska Department of

Corrections, pray that upon filing this Notice of Removal, this Court will exercise its jurisdiction in this action for all further proceedings.

                         s/Michael D. Corey
                         Sandberg, Wuestenfeld & Corey
                         Michael D. Corey, ABA#8511130
                         701 W. 8th Avenue, Suite 1100
                         Anchorage, Alaska 99501
                         Phone:  (907)276-6363
                         Fax:  (907)276-3528
                         E-Mail:  mdc@aol.com

                         Daniel P. Struck
                         Jennifer L. Holsman
                         2901 North Central Avenue, Suite 800
                         Phoenix, Arizona  85012
                          Phone: (602) 263-7310
                          Fax: (602) 651-7507
                       E-Mail: dstruck@jshfirm.com
                                   jholsman@jshfirm.com

                         *Attorneys for Defendant*

Certificate of Service

I hereby certify that on this
28th day of April, 2006 a copy
of the foregoing was served
electronically and by regular
U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue, Room 229
Anchorage, Alaska 99513

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ  85232

s/Michael D. Corey