IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCORAGE

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>                Plaintiff,<br><br>  v.<br><br>Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections,<br><br>                Defendants. | NO. 3AN-06-6060 CI |

## NOTICE OF REMOVAL

TO:   Clerk of Courts, Superior Court for Alaska
        Third Judicial District at Anchorage

Please take notice that defendants, Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections, have this date filed a Notice of Removal, copy attached as Exhibit A, to the United States District Court District for the District of Alaska.

SANDBERG, WUESTENFELD & COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

1622091.1

1

Exhibit A
Page 1 of 2

RESPECTFULLY SUBMITTED this 28th day of April, 2006.

SANDBERG, WUESTENFELD & COREY

BY _____
Michael D. Corey
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501

Attorneys for Defendants, Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections

RESPECTFULLY SUBMITTED this 17th day of April, 2006.

This is to certify that a true and correct copy of the foregoing was served by ( ✓ ) mail (   ) hand (   ) fax this 28th day of April, 2006, to:

Loren J. Larson, Jr. #204981/JB107
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

John K. Bodick, Esq.
State of Alaska
Department of Law - Criminal Division
310 K Street, Suite 401
Anchorage, Alaska 99501
Attorney for State of Alaska

SANDBERG, WUESTENFELD & COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

1622091.1

2

Exhibit A
Page 2 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr., <br><br> Plaintiff, <br><br> v. <br><br> Alaska Dept. of Corrections, <br> Mark Antrim Commissioner of <br> Alaska Dept. of Corrections, <br><br> Defendants. | NO. |

NOTICE OF REMOVAL

TO:  Judges of the United States District Court
 and to:  Loren J. Larson, Jr. - Pro Se
           CCA/FCC
           P.O. Box 6200
           Florence, Arizona 85232

You are hereby notified pursuant to 28 U.S.C. §1441(a) and §1446 as follows:

1.  That Defendants, Alaska Department of Corrections, Marc Antrim, Commissioner of the Alaska Department of Corrections, with its principle place of business located in Anchorage, Alaska, have this day filed in the United States District Court for the District of Alaska at Anchorage this Notice of Removal to said District Court of the action brought by Loren J. Larson, Jr., in the Superior Court for the State of Alaska Third Judicial District at Anchorage, Case No. 3AN-06-0606 Civil;

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Notice of Removal
*Bennett v. Corrections Corporation of America et al*
Case No.:  A03-_____ Civil
Page 1 of 5

Exhibit A
Page 1 of 5

2.   That a Notice of Removal has also been filed with the Clerk of the Superior Court for the State of Alaska, Third Judicial District at Anchorage (Exhibit A); and,

3.   That said action has thereby been removed from the Superior Court for the State of Alaska, Third Judicial District at Anchorage to the United States District Court, District of Alaska at Anchorage.

4.   Defendants above-named, on information and belief represent that there exists amongst all Defendants agreement to the removal of this action.

Defendants submit the following grounds for removal:

1.   Loren J. Larson, Jr. is the plaintiff and Defendants above-named, Alaska Department of Corrections, Mark Antrim, Commissioner of the Alaska Department of Corrections.are Defendants in a case filed on March 15, 2006 in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-0606 Civil. A copy of the Complaint is contained in a copy of the State Court record which is being filed simultaneously with the Notice of Removal (Exhibit B).

2.   Plaintiff, Loren J. Larson, Jr., is a resident and citizen of the State of Alaska.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Notice of Removal
Bennett v. Corrections Corporation of America et al
Case No.: A03-_____ Civil
Page 2 of 5


Exhibit A
Page 2 of 5

3.  Defendant, Alaska Department of Corrections is an Alaska corporation, with its principle place of business located in Anchorage.

4.  Plaintiff seeks to recover damages from Defendants based on theories based on the 14th Amendment of the United States Constitution and seeks an amount in excess of $100,000.00.

5.  The initial pleading setting forth claims for relief was received by Commissioner of the Alaska Department of Corrections, Marc Antrim, on March 29, 2006. (Exhibit B).

6.  Fewer than 30 days have elapsed since the receipt by Commissioner Marc Antrim of a copy of the initial pleading setting forth Plaintiff's claim for relief.

7.  Jurisdiction of this case rests in the United States District Court by virtue of 28 U.S.C. §1331.

8.  Removal is appropriate by virtue of 28 U.S.C. §1441.

9.  Defendants' efforts to effect removal of this action are in accordance with 28 U.S.C. §1446.

10. Plaintiff alleges constitutional violations pursuant to U.S.C. §1983. (Exhibit B).

11. All defenses are reserved.

WHEREFORE, defendants, Alaska Department of Corrections and Marc Antrim, Commissioner of the Alaska Department of

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Notice of Removal
*Bennett v. Corrections Corporation of America et al*
Case No.: A03-_____ Civil
Page 3 of 5

Exhibit A
Page 3 of 5

Corrections, pray that upon filing this Notice of Removal, this Court will exercise its jurisdiction in this action for all further proceedings.

s/Michael D. Corey
Sandberg, Wuestenfeld & Corey
Michael D. Corey, ABA#8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907)276-6363
Fax: (907)276-3528
E-Mail: mdc@aol.com

Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Phone: (602) 263-7310
Fax: (602) 651-7507
E-Mail: dstruck@jshfirm.com
jholsman@jshfirm.com

*Attorneys for Defendant*

Certificate of Service

Notice of Removal
*Bennett v. Corrections Corporation of America et al*
Case No.: A03-_____ Civil
Page 4 of 5

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8 TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Exhibit A
Page 4 of 5

I hereby certify that on this
28th day of April, 2006 a copy
of the foregoing was served
electronically and by regular
U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue, Room 229
Anchorage, Alaska 99513

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ  85232

s/Michael D. Corey

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Notice of Removal
*Bennett v. Corrections Corporation of America et al*
Case No.:  A03-_____ Civil
Page 5 of 5

Exhibit A
Page 5 of 5