


Loren J Larson Jr.
P.O. Box 6200
Florence, AZ. 85232

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

Loren J Larson Jr.
      plaintiff,

vs.

State of Alaska, Dept. of
Corrections et al.
      defendant.
_____/

Case No. 3AN-06-06060

## PROOF OF SERVICE

I Loren J Larson Jr. certify that on 3-23-06 the summons and plaintiff's civil complaint was mailed

certified return receipt to the commissioner of Alaska D.O.C Mark Antrim and that Mr. Antrim or his

agent signed for the summons and civil complaint for case no. 3AN-06-06060 on 3-28-06.

Respectfully submitted this 6th day of April, 2006.

Loren J Larson Jr. pro; se.

Exhibit B
Page 1 of 9



COUNSEL OF RECORD

NO. 3AN-00-0000 CI                              KEEP ON TOP OF FILE

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| _un J. Larson_ | P.O Box 6200 Florence, AZ 85232 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(5/00)(5 ½ X 8 ½)(canary cdsk)

her Negligence:
- [ ] Personal Injury Only (CISPIO)
- [ ] Property Damage Only (CISPDO)
- [ ] Both (CISIDO)

ALPRACTICE
- [ ] Legal Malpractice (CISLMP)
- [ ] Medical Malpractice (CISMMP)
- [ ] Other Malpractice (CISOMP)

EAL PROPERTY
- [ ] Foreclosure (CISFOR)
- [ ] Condemnation (CISCNDM)
- [ ] Real Property Action (CISREM)

THER CIVIL
- [ ] Arbitration Proceeding (CISAP)
- [ ] Confession of Judgment (CISCCONF)
- [ ] Declaratory Judgment/Injunc. Relief (CISINJ)
- [ ] OSC Request – Admin Agency (CIOSC)
- [ ] Civil Bench Warrant Request – Admin Agency (CIBW)
- [ ] Writ of Habeas Corpus (CIWHC)
- [ ] Election Contest or Recount Appeal (CISELE)
- [ ] Other Civil Complaint (CISOCI). Describe:

**LEGAL SEPARATION**
- [ ] Legal Separation With Children (CICLS)
- [ ] Legal Separation Without Children (CISLS)

**DOMESTIC RELATIONS OTHER**
- [ ] Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- [ ] Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- [ ] Petition for Order re: PFD or Native Dividend (CIPND)
- [ ] Establishment of Paternity (CISPAT)
- [ ] Disestablishment of Paternity (CIDPAT)
- [ ] Foreign Custody Order (Registration, Modification or Enforcement) (DR483)
- [ ] Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)
- [ ] Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)
- [ ] Petition for Annulment (CIANNUL)
- [ ] Petition for Visitation (CIVIS)

Exhibit B
Page 2 of 9

CASE DESCRIPTION – SUPERIOR COURT          Case Number: _3AA-06-06000CT_

Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D.

## SUPERIOR COURT MATTERS

### CIVIL – SUPERIOR COURT

**CONTRACT** – *Contract cases involving real property should be reported under the real property category.*
- ☐ Debt Collection (CISDEB)
- ☐ Claim Against Seller of Goods/Services (CISCLAIM)
- ☐ Employment Dispute (CISEMP)
- ☐ Other Contract (CISOCT)

**TORT**
- ☐ Intentional Tort (e.g., assault, battery, vandalism) (CISIT)
- ☐ Slander/Libel/Defamation (CISSLD)
- ☐ Product Liability (CISPL)
- ☐ Wrongful Death (CISPID)

Automobile Negligence:
- ☐ Personal Injury Only (CISPIA)
- ☐ Property Damage Only (CISPDA)
- ☐ Both (CISIDA)

Other Negligence:
- ☐ Personal Injury Only (CISPIO)
- ☐ Property Damage Only (CISPDO)
- ☐ Both (CISIDO)

**MALPRACTICE**
- ☐ Legal Malpractice (CISLMP)
- ☐ Medical Malpractice (CISMMP)
- ☐ Other Malpractice (CISOMP)

**REAL PROPERTY**
- ☐ Foreclosure (CISFOR)
- ☐ Condemnation (CISCNDM)
- ☐ Real Property Action (CISREM)

**OTHER CIVIL**
- ☐ Arbitration Proceeding (CISAP)
- ☐ Confession of Judgment (CISCCONF)
- ☒ Declaratory Judgment/Injunc. Relief (CISINJ)
- ☐ OSC Request – Admin Agency (CIOSC)
- ☐ Civil Bench Warrant Request – Admin Agency (CIBW)
- ☐ Writ of Habeas Corpus (CIWHC)
- ☐ Election Contest or Recount Appeal (CISELE)
- ☐ Other Civil Complaint (CISOCI). Describe:

### FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT
- ☐ Eviction – F.E.D. (CISFED)

### FOREIGN JUDGMENT – SUPERIOR COURT
- ☐ Registration of Foreign Judgment (CISFOJ)

### POST-CONVICTION RELIEF TO SUPERIOR COURT
- ☐ Post-Conviction Relief (CISPCR)

### DOMESTIC RELATIONS

**DIVORCE WITHOUT CHILDREN**
- ☐ Divorce Without Children (CISDIV)

**DIVORCE OR CUSTODY WITH CHILDREN**
- ☐ Petition for Custody (CISCUS)
- ☐ Divorce With Children (CISDVC)

**LEGAL SEPARATION**
- ☐ Legal Separation With Children (CICLS)
- ☐ Legal Separation Without Children (CISLS)

**DOMESTIC RELATIONS OTHER**
- ☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- ☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- ☐ Petition for Order re: PFD or Native Dividend (CIPND)
- ☐ Establishment of Paternity (CISPAT)
- ☐ Disestablishment of Paternity (CIDPAT)
- ☐ Foreign Custody Order (Registration, Modification or Enforcement) (DR483)
- ☐ Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)
- ☐ Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)
- ☐ Petition for Annulment (CIANNUL)
- ☐ Petition for Visitation (CIVIS)

Exhibit _B_

Page _3_ of _9_

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Commissioner of Alaska D.O.C.*

*Mark Antrim*

*P.O. Box 112000*

*Juneau, AK. 99811-2000*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                    □ Agent
                                     □ Addressee

MAR 2 8 2006

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

Department of Alaska
Central Mail Services

3. Service Type
   ☒ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Copy from service label)

7005 1820 0002 6345 8416

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

Exhibit  B
Page 4 of 9

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA

AT *Anchorage*

Loren J Larson Jr

                    Plaintiff(s),

VS.

AK. Dept. of Corrections

Mark Antrim Commissioner Defendant(s).

of AK. Dept of Corrections

CASE NO. 3AN-06-06060CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: _Mark Antrim_

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at _825 W 4th Ave Anch. AK. 99501-2004_ within 20

(address)

days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, _Loren J Larson Jr pro se_ whose address is: _P.O. Box 6200 Florence, AZ. 85232_.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _____

CLERK OF COURT

(SEAL)

By: _____
Deputy Clerk

*    or agency named as a defendant has 40 days to file its answer

Loren J Larson Jr.
Florence Correctional Center
P.O. Box 6200
Florence, AZ. 85232

### IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT ANCHORAGE

Loren J Larson Jr.
        Plaintiff,

vs.

Alaska Dept. of Corrections,
Mark Antrim Commissioner of
Alaska Dept. of Corrections.
        Defendant.
_____/

Filed in the Trial Courts
STATE OF ALASKA, THIRD DISTRICT

MAR 08 2006

Clerk of the Trial Courts
By_____ Deputy

3AN-06- 6060Ct

### CIVIL COMPLAINT

1. This is a civil action filed by Loren J Larson Jr., a state prisoner alleging violations of his State and Federal Constitutional Rights and seeking Declaratory, Injunctive and Punitive relief.

### JURISDICTION

2. This is a Civil Rights action under Alaska Constitution Art. 1B7 and U.S.C.A. 14. This Court has jurisdiction under AS. 22.10.020.

### PARTIES

3. Plaintiff Loren J Larson Jr. is currently incarcerated at Florence Correctional Center.

4. Defendant Mark Antrim is the Commissioner for the state of Alaska, Dept. of Corrections. He is being sued in his personal capacity.

5. All defendants have acted "Under Color Of State Law" during all times relevant to this complaint.

## FACTS

6. I Loren J Larson Jr. am a citizen of Alaska that is in the custody of the Dept. of Corrections as a prisoner that is being housed by a private corporation (CCA) in Florence Arizona.

7. The Alaska Dept. of Corrections retains full custody of me; though I am being housed in Florence Arizona by CCA.

8. The Alaska Dept. of Corrections is responsible to ensure my enforceable Constitutional Rights are protected wile I'm being housed in an Alaska prison and wile I'm being housed by CCA, a private prison in Florence Arizona.

9. On 11-2-05 in the presence of two case managers, Mr. C. Richey (Standards Officer-Alaska Unit) verbally assaulted and physically intimidated me into not filling another grievance.

10. I have not filed any grievances since 11-2-05.

11. As a prisoner that is being contractually housed by CCA, I am unable to physically remove my self from the actions and ongoing threats of Mr. Richey.

12. On 11-2-05 I sent a letter describing the assault to Mark Antrim (Commissioner of AK. Dept. of Corrections), Timothy Terrell (Ast. Att. General of AK.) and John K. Bodick (Ast. Att. General of Ak.) none of them responded.

13. On 12-11-05 I sent another letter to Mark Antrim informing him it had now been over a month since he had received my letter, but it had not been responded to. The letter also stated that I was still under a very real threat of physical harm by Mr. Richey if I filed another grievance. Mark Antrim did not personally respond to this letter.

14. On behalf of the commissioner Mark Antrim, Timothy F. Lyden sent me a letter dated 12-20-05 encouraging me to use the grievance process.

15. Timothy F. Lyden is the standards administrator for the Ak. Dept. of Corrections.

16. On 12-29-05 I sent a response letter to Mr. Lyden informing him that I was still under a very real threat of physical harm if I were to use the grievance process and that he had not provided me with any thing that showed the threat had been removed.

17. During a meeting with Ast. Warden Stansel on 1-20-06, Mr. Stansel stated that Mr. Richey was not ethically wrong in verbally and physically threatening me to not file another grievance.

18. During the meeting of 1-20-06 Mr. Stansel and I agreed that he would send me a memorandum with procedures for filing future grievances that would not involve Mr. Richey.

19. On 2-7-06 Ast. Warden Stansel informed me that Mr. Lyden and the Warden of this private prison rejected Mr. Stansel and my agreement.

20. During the meeting of 2-7-06 Mr. Stansel stated that I would have to file future grievances through Mr. Richey.

21. I am still unable to file any grievances due to the verbal assault and physical intimidation Mr. Richey inflicted upon me on November 2, 2005 to make me stop filing grievances.

## CLAIMS

### FIRST CAUSE OF ACTION

22. The actions of C. Richey as stated in paragraphs 9 and 21 violated the plaintiff's rights to Due Process under the U.S.C.A. 14th amendment and the Alaska Constitution Art. 1ß7.

### SECOND CAUSE OF ACTION

23. The actions of Mark Antrim as stated in paragraphs 13,14,17,19, 20 and 21 violated the plaintiff's rights to Due Process under the U.S.C.A. 14th amendment and the Alaska Constitution Art. 1ß7.

### RELIEF

24. A. Issue a declaratory judgment that C. Richey and Mark Antrim violated the plaintiff's U.S.C.A 14th Amendment and Alaska Constit-utional Art. 1ß7 Rights when:

  1.) C. Richey verbally assaulted and physically threatened the plaintiff to not file another grievance.

  2.) Mark Antrim continued to violate the plaintiff's rights by not providing the plaintiff with a "threat free" access to the grievance system.

  B. Issue an injunction ordering:

  1.) The Alaska Dept. of Corrections to immediately and safely remove the plaintiff from the presence and all conceivable association Mr. Richey could have with the plaintiff for the remainder of the plaintiff's incarceration.

  C. Order Mark Antrim to pay all cost associated with filing this civil action and pay One Thousand dollars per each day the plaintiff was with out, threat free access to the grievance process.