UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>      Plaintiff,<br><br>  v.<br><br>Alaska Dept. of Corrections,<br>Mark Antrim Commissioner of<br>Alaska Dept. of Corrections,<br><br>      Defendants. | NO. |

<u>DEFENDANTS, ALASKA DEPARTMENT OF CORRECTIONS, MARK ANTRIM,
COMMISSIONER OF ALASKA DEPARTMENT OF CORRECTIONS, NOTICE OF
FILING TO THE COURT</u>

  Defendants, Alaska Department of Corrections, Mark Antrim, Commissioner of Alaska Department of Corrections, submit to this Court the following documents that make up the Superior Court Case file 3AN-06-0606 CI:

  1. Proof of Service, dated 4/6/06;

  2. Counsel of Record form, no date;

  3. Case Description, no date;

  4. PS Form 3811, date stamped 3/28/06;

  5. Summons and Notice to Both Parties of Judicial Assignment believed to be dated 3/8/06; and,

  6. Complaint date stamped 3/8/06.


DATED this 28th day of April 2006.

s/Michael D. Corey
Sandberg, Wuestenfeld & Corey
Michael D. Corey, ABA#8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone:  (907)276-6363
Fax:  (907)276-3528
E-Mail:  mdc@aol.com

Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Phone: (602) 263-7310
Fax: (602) 651-7507
E-Mail: dstruck@jshfirm.com
         jholsman@jshfirm.com

*Attorneys for Defendant*

Certificate of Service

I hereby certify that on this 28th day of April, 2006 a copy of the foregoing was served electronically and by regular U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue, Room 229
Anchorage, Alaska 99513

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ  85232

s/Michael D. Corey