**IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>    Plaintiff,<br><br>    v.<br><br>Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections,<br><br>    Defendants. | NO. 3AN-06-6060 CI |

**DEFENDANTS ALASKA DEPT. OF CORRECTIONS AND MARK ANTRIM COMMISSIONER OF ALASKA DEPT. OF CORRECTIONS' NOTICE TO COURT OF SERVICE LIST**

Defendants Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections, hereby give notice of the service list for the above matter as follows:

**1.**  Loren J. Larson Jr., Pro Se
    CCA Florence Correctional Center
    P.O. Box 6200
    Florence, Arizona 85232

**2.**  Michael D. Corey
    Sandberg, Wuestenfeld & Corey
    701 W. 8th Avenue, Suite 1100
    Anchorage, Alaska  99501
    (907)276-6363
    (907)276-3528 - fax

1622089.1                                   1

1
2
3
4
5
6
7
8
9

                                  s/Michael D. Corey
Sandberg, Wuestenfeld & Corey
Michael D. Corey, ABA#8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone:  (907)276-6363
Fax:  (907)276-3528
E-Mail:  mdc@aol.com

Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Phone: (602) 263-7310
Fax: (602) 651-7507
E-Mail: dstruck@jshfirm.com
              jholsman@jshfirm.com

10

*Attorneys for Defendant*

19  Certificate of Service

20  I hereby certify that on this 28th day of April, 2006 a copy
21  of the foregoing was served electronically and by regular
22  U.S. Mail on:

23  Clerk of the Court
    United States District Court, District of
24  Alaska at Anchorage
    222 W. 7th Avenue, Room 229
25  Anchorage, Alaska 99513

26  Loren J. Larson, Jr.

1622089.1                        2

| | |
|---|---|
| 1 | CCA/FCC<br>P.O. Box 6200 |
| 2 | Florence AZ  85232 |
| 3 | s/Michael D. Corey |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |