```
Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
(907)276-6363
(907)276-3528
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr.,                ) | |
|                                     ) | |
|            Plaintiff,               ) | |
|                                     ) | |
|                                     ) | |
|     v.                              ) | |
|                                     ) | |
| Alaska Dept. of Corrections         ) | |
| Mark Antrim Commissioner            ) | |
| of Alaska Dept. of                  ) | |
| Corrections,                        ) | |
|                                     ) | |
|            Defendants.              ) | |
| _____ ) | Civil No. A06-00100CV (TMB) |

DEFENDANTS, ALASKA DEPARTMENT OF
CORRECTIONS AND ANTRIM'S DEMAND FOR JURY TRIAL

Defendants, State of Alaska, Department of Corrections ("ADOC") and Marc Antrim, through counsel, pursuant to Rule 38, FED.R.CIV.P., request a trial by jury of all triable issues in the above-captioned matter.

1

DATED this 5th day of May, 2006.

s/Michael D. Corey
Sandberg, Wuestenfeld & Corey
Michael D. Corey, ABA#8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907)276-6363
Fax: (907)276-3528
E-Mail: mdc@aol.com

Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Phone: (602) 263-7310
Fax: (602) 651-7507
E-Mail: dstruck@jshfirm.com
         jholsman@jshfirm.com

*Attorneys for Defendant*

Certificate of Service

I hereby certify that on this 5th day of May, 2006 a copy of the foregoing was served electronically and by regular U.S. Mail on:

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ  85232

s/Michael D. Corey