Loren J Larson Jr. pro; se.
P.O. Box 6200
Florence, AZ. 85232

**RECEIVED**

MAY 1 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.,
        plaintiff,

v.

Alaska Dept. of Corrections
Mark Antrim Commissioner.
        defendants.
_____/

Civil No. A06-00100CV

### MOTION TO AMEND PLAINTIFF'S CIVIL COMPLAINT AND

### REMAND CASE TO STATE COURT

**COMES NOW** plaintiff Loren J Larson Jr. and hereby moves to amend his civil complaint under Federal Rules Of Civil Procedure Rule 15. Plaintiff also moves for this case to be remanded back to the State Court in accordance to 28 U.S.C. ß1447 (c).

This motion is supported by the accompanying memorandum of law and plaintiff's amended civil complaint.

Respectfully submitted this 12Th day of May, 2006.

Loren J Larson Jr. pro; se.

I certify that on 5-12-06
a copy of this motion, memorandum
and amended civil complaint was mailed
to Michael D. Corey, Daniel P. Struck and
Jennifer L. Holsman at their address of record.

page 1.