UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
    plaintiff,

v.

Alaska Dept. of Corrections
Mark Antrim Commissioner.
    defendants.
_____/
Civil No. A06-00100CV

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND CIVIL COMPLAINT AND REMAND CASE TO STATE COURT

    The plaintiff's intentions for this Civil Complaint; was for it to be filed and heard in the Superior Court for the State of Alaska.

    It was **NEVER** the intentions of the plaintiff to have his civil complaint filed or heard in the United States District Court.

    Plaintiff Loren J Larson Jr. is a pro; se. litigant and he has removed all references to the 14th amendment and any conceivable reason there could be for this Court to have original jurisdiction under 28 U.S.C. ß1331.

    The plaintiff's intentions is to have his civil complaint heard by the Superior Court for the State of Alaska. The defendants should have no objection to this motion. The plaintiff is an Alaskan Citizen and is also a prisoner of the State of Alaska that wishes for his Civil Complaint to be heard by the Superior Court for the State of Alaska.

    Respectfully submitted this 12Th of May, 2006.

                                 _____
                                 Loren J Larson Jr. pro; se.

page 2.

RECEIVED MAY 18 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
    plaintiff,

v.

Alaska Dept. of Corrections
Mark Antrim Commissioner.
    defendants.
_____/
Civil No. A06-00100CV



ORDER

Upon consideration of plaintiff's motion and any response thereto. It is hereby **ORDERED**:

1. The motion to amend plaintiff's civil complaint and remand case to State Court is **GRANTED**.

_____
U.S. District Court Judge.