UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr., )<br>)<br>   Plaintiff, )<br>)<br>) <br> v. )<br>Alaska Dept. of Corrections )<br>Mark Antrim Commissioner )<br>of Alaska Dept. of )<br>Corrections, )<br>)<br>   Defendants. )<br>_____) | Civil No. A06-00100CV (TMB)<br><br>**DEFENDANTS' RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION TO REMAND** |

  Defendants, State of Alaska Department of Corrections and Commissioner Antrim, through counsel, hereby respond and object to Plaintiff's Motion to Amend Plaintiff's Civil Complaint and Remand Case to State Court, as this matter is properly in federal court. Specifically, this Court has original jurisdiction of Plaintiff's Amended Complaint, which involves a federal question.

I.  **FACTUAL BACKGROUND**

  Plaintiff's original Complaint alleges that defendants violated his federal constitutional rights and acted under color of state law in doing so, thereby invoking a federal question. Defendants sought removal of the Complaint to federal court pursuant 28 U.S.C.§ 1441. Plaintiff has now moved to amend his Complaint and remand to state court, alleging that he no longer

refers to the 14th Amendment and therefore, has stripped this Court of jurisdiction.

Plaintiff's Amended Complaint, however, does assert a federal claim against these Defendants. In paragraph five of Plaintiff's Amended Complaint, he alleges that "[A]ll defendants have acted "Under Color Of State Law" during all times relevant to this complaint".

II. **THIS COURT HAS ORIGINAL JURISDICTION OF PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff's original Complaint includes various allegations of violations of his federal constitutional rights and a claim under 42 U.S.C. § 1983, over which the federal court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. He attempts to force a remand to state court by asserting that his Amended Complaint removes any language relating to a federal claim. A review of his Amended Complaint, however, reveals that he still asserts federal claims over which this court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343. Specifically, Plaintiff asserts that "[A]ll defendants have acted "Under Color Of State Law" during all times relevant to this complaint". By indicating this language, Plaintiff is presumably asserting

claims that Defendants have violated federal law.  Therefore, this Court should retain jurisdiction over this matter. [1]

In addition, Plaintiff's original Complaint also contains a variety of state law claims arising out of the same events and circumstances as the federal claims and, as such, the federal court has supplemental jurisdiction under 28 U.S.C. § 1367.  The District Court has proper subject matter jurisdiction over this action, and the action was properly removed from state court pursuant to 28 U.S.C. § 1441(a).

## III. **CONCLUSION**

This Court has original jurisdiction to retain this action.  There is no basis to remand to the state court.  Accordingly, Defendants respectfully request this Court deny Plaintiff's Motion to Remand.

---

[1] *See also, Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343 (1988).

DATED this 24th day of May, 2006.

                                         s/Michael D. Corey
                                         Sandberg, Wuestenfeld & Corey
                                         Michael D. Corey, ABA#8511130
                                         701 W. 8th Avenue, Suite 1100
                                         Anchorage, Alaska 99501
                                         Phone:  (907)276-6363
                                         Fax:  (907)276-3528
                                         E-Mail:  mdc@aol.com

                                         Daniel P. Struck
                                         Jennifer L. Holsman
                                         2901 North Central Avenue, Suite 800
                                         Phoenix, Arizona  85012
                                          Phone: (602) 263-7310
                                          Fax: (602) 651-7507
                                         E-Mail: dstruck@jshfirm.com
                                                                jholsman@jshfirm.com

                                         *Attorneys for Defendant*

Certificate of Service

I hereby certify that on this 24th day of May, 2006 a copy of the foregoing was served electronically and by regular U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue, Room 229
Anchorage, Alaska 99513

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ  85232
s/Michael D. Corey