Loren J Larson Jr. pro; se.
P.O. Box 6200
Florence, AZ. 85232

RECEIVED
JUN 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
    plaintiff,

v.

Alaska Dept. of Corrections
Mark Antrim Commissioner.
    defendants.
_____/
Civil No. A06-00100CV

### REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
### TO AMEND COMPLAINT/REMAND CASE TO STATE COURT

**COMES NOW** plaintiff Loren J Larson Jr. and hereby replies to defendant's opposition.

ç5 of plaintiff's amended civil complaint is a factual claim of assertion that the "Defendants" misuse of power was made possible because they were clothed with the authority of the state and that is how they were able to violate/continue to violate the plaintiff's State Constitutional Rights under the Alaska Constitution Art. 1ß5 and Art. 1ß7.

This factual assertion is not listed in the plaintiff's complaint as a cause of action. It is a factual statement and should be viewed as such. Plaintiff is not asserting "Presumably" that the "Defendants have violated federal law."

page 1.

CONCLUSION

Plaintiff is a pro; se. litigant that has no formal training in matters of law and seeks only to have his case heard by the Court System for the State of Alaska. If needed; plaintiff will change any wording in his amended civil complaint to avoid any misunderstanding and accomplish this goal.

I do not fully understand why the defendants are trying so hard to force me into litigating this case in Federal Court, I can only conclude that it is not for my good.

I Pray this Court will remand plaintiff's case back to the state of Alaska for all further proceedings.

Respectfully submitted this 31st day of May, 2006.

*[signature]*
Loren J Larson Jr. pro; se.

I certify that on 5-31-06
a copy of this reply was mailed
to Michael D. Cory, Daniel P. Struck
and Jenifer L. Holsman at their address
of record.

*[signature]*
Loren J Larson Jr. pro; se.

page 2.