Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
(907)276-6363
(907)276-3528

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr., )<br>)<br>  Plaintiff, )<br>)<br>)<br>   v. )<br>)<br>Alaska Dept. of Corrections )<br>Mark Antrim Commissioner )<br>of Alaska Dept. of )<br>Corrections, )<br>)<br>  Defendants. )<br>_____) | Civil No. A06-00100CV (TMB) |

DEFENDANTS, ALASKA DEPARTMENT OF
CORRECTIONS AND ANTRIM'S NOTICE OF SUBMISSION OF PARTIES'
PLANNING MEETING PURSUANT TO F.R.C.P 26(f)

Defendants, State of Alaska, Department of Corrections ("ADOC") and Marc Antrim, through counsel, hereby submit the Parties' Planning Meeting Report attached as Exhibit A to this Notice.

1

DATED this 7th day of June, 2006.

    s/Michael D. Corey
Sandberg, Wuestenfeld & Corey
Michael D. Corey, ABA#8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907)276-6363
Fax: (907)276-3528
E-Mail: mdc@aol.com

Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Phone: (602) 263-7310
Fax: (602) 651-7507
E-Mail: dstruck@jshfirm.com
    jholsman@jshfirm.com

*Attorneys for Defendant*

Certificate of Service

I hereby certify that on this 7th day of June, 2006 a copy of the foregoing was served electronically and by regular U.S. Mail on:

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ 85232

s/Michael D. Corey

2