Daniel P. Struck, Bar #012377
Sherry K. Leckrone, Bar #023710
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7811
dstruck@jshfirm.com

Attorneys for Defendants, Marc Antrim and Alaska Department of Corrections

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Loren J Larson Jr., <br><br> Plaintiff, <br><br> v. <br><br> Alaska Dept of Corrections, Marc Antrim Commissioner of Alaska Dept. of Corrections, <br><br> Defendants. | NO. 3:06-cv-00100 TMB |

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on May 30, 2006 and was attended by:

   **Plaintiff**  Loren J. Larson, Jr., Florence Correctional Center, P.O. Box 6200, Florence, AZ 85232

   **Defendants** attorney for defendant Alaska Department of Corrections and Mark Antrim, Sherry K. Leckrone, Jones, Skelton & Hochuli, 2901 N. Central Avenue, Suite 800, Phoenix, AZ 85012.

   During the telephonic meeting, the parties recommended the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

   \_\_\_\_ have been exchanged by the parties

   \_\_\_\_ will be exchanged by the parties by _____

   \_**x**\_ F.R. Civ. P. 26 (A)(1)(e)(iii) excludes this

1635546.1                              1

matter                from disclosure   requirements.

   Proposed changes to disclosure requirements:   * See above**

         Preliminary witness lists

   ____have been exchanged by the parties

   _X__ will be exchanged by the parties by October 27, 2006

3.  **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   Plaintiff claims he was threatened by staff to prevent him from filing additional grievances.
   Whether there was retaliation for filing grievances and whether any claimed conduct advanced penological goals.
   Whether there is a casual connection between defendants conduct and Plaintiff's claimed basis for retaliation.
   The damages Plaintiff suffered if any.

4.  **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

   Discovery will be needed to address the issues raised in the Plaintiff's Complaint. Defendant anticipates interrogatories, Request for Admission and the Deposition of the Plaintiff.  Plaintiff anticipates Request for Admissions, Interrogatories and Depositions.

   B. All discovery commenced in time to be completed by November 28, 2006 ("discovery close date").

   C.  Limitations on Discovery.

   1.  Interrogatories

   _X___No change from F.R.Civ.P. 33(a)

   ____Maximum of_____by each party to any other party.

   Responses due in ____days.

   2.  Requests for Admissions.

   _X___No change from F.R.Civ.P. 36(a).

   ____Maximum of_____requests.

1635546.1                         2

Responses due in _____ days.

3. Depositions.

__X__ No change from F.R.Civ.P. 36(a) and 30.

_____ Maximum of _____ depositions by each party.

_____ Depositions not to exceed __7__ hours unless agreed to by all parties.

D. Reports from retained experts.

__X__ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

_____ Reports due:

From plaintiff (insert date)   From defendant (insert date)

E. Supplementation of disclosures and discovery responses are to be made:

__X__ Periodically at 60-day intervals from the entry of scheduling and planning order.

_____ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

__X__ 45 days prior to the close of discovery.

_____ Not later than (insert date)

5. Pretrial Motions.

__X__ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than (insert date).

_____ Motions under the discovery rules must be filed

not later than (insert date).

_____ Motions in limine and dispositive motions must be filed not later than (insert date).

6.  Other Provisions:

    A.  __X__ The parties do not request a conference with the court before the entry of the scheduling order.

    _____ The parties request a scheduling conference with the court on the following issue(s):

    (Insert issues on which a conference is requested)

    B.  Alternative Dispute Resolution.  [D.Ak. LR 16.2]

    Plaintiff wants to submit to binding arbitration.

    __X__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

    _____ The parties will file a request for alternative dispute resolution not later than (insert date).

    Defendant's do not agree that this case is subject to alternative dispute resolution.

    _____ Mediation _____ Early Neutral Evaluation

    C.  The parties _____ do __X__ not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    _____ All parties have complied __X__ Compliance not required by any party

7.  Trial.

    A.  The matter will be ready for trial:

    __X__ 45 days after the discovery close date.

    _____ not later than (insert date).

    B.  This matter is expected to take __5__ days to try.

    C.  Jury Demanded __X__ Yes _____ No

Right to jury trial disputed?    ___ Yes  X  No


DATED this  7th  day of  June , 2006.

      JONES, SKELTON & HOCHULI, P.L.C.

      SANDBERG, WUESTENFELD & COREY

      BY  s/Michael D. Corey
       Sandberg, Wuestenfeld & Corey
       Michael D. Corey
       ABA #8511130
       701 W. 8th Avenue, Suite 1100
       Anchorage, Alaska 99501
       Phone (907) 276-6363
       E-Mail: mdc1@aol.com
       Daniel P. Struck
       Sherry K. Leckrone
       2901 North Central Avenue,
       Suite 800
       Phoenix, Arizona  85012
       *Attorneys for Defendants, Marc*
       *Antrim and Alaska Department of*
       *Corrections*

      BY _[signature]_
       Loren J. Larson, Jr.
       CCA/FCC
       P.O. Box 6200
       Florence, Arizona  85232
       *Plaintiff*


Original filed with the
Court this 7th day of June, 2006

Copy mailed the same day to:
Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence, Arizona  85232

s/Michael D. Corey

1635546.1                                    5