Michael D. Corey
Sandberg, Wuestenfeld & Corey
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Telephone:  (907)276-6363
Facsimile:  (907)276-3528
E-mail:     mdc1@aol.com

Daniel P. Struck
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone: (602)263-7381
Facsimile: (602)263-1711 - fax
E-mail:     dstruck@jshfirm.com

Attorneys for Corrections Corporation
of America

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> Alaska Dept. of Corrections ) <br> Mark Antrim Commissioner ) <br> of Alaska Dept. of ) <br> Corrections, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 3:06-cv-00100 (TMB) |

MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION
TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

I, Daniel P. Struck, hereby apply for permission to appear

and participate as counsel for Corrections Corporation of

America, defendant, in the above-entitled cause pursuant to Rule

83.1(d) of the Local Rules for the United States District Court, District of Alaska.

I hereby designate Michael D. Corey of Sandberg, Wuestenfeld & Corey, a member of the Bar of this Court, whose address is 701 W. 8th Avenue, Suite 1100, Anchorage, Alaska 99501, telephone (907)276-6363, with whom the Court and opposing counsel may readily communicate regarding the conduct of this case.

DATED this 3rd day of August, 2006.

JONES, SKELTON & HOCHULI, P.L.C.

Sandberg, Wuestnefeld & Corey

s/Michael D. Corey
for Daniel P. Struck

SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

CONSENT OF LOCAL COUNSEL

I hereby consent to the foregoing motion, and the granting thereof.

>s/Michael D. Corey
>SANDBERG, WUESTENFELD & COREY
>ABA #8511130
>701 W. 8th Avenue, Suite 1100
>Anchorage, Alaska 99501
>Phone: (907) 276-6363
>Fax: (907)276-3528
>E-Mail: mdc1@aol.com
>Attorneys for Defendant

Certificate of Service

I hereby certify that on this 3rd day of August, 2006 a copy of the foregoing MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA was served by U.S. Mail on:

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ  85232


s/Michael D. Corey