Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Telephone:  (907)276-6363
Facsimile:  (907)276-3528
E-Mail:     mdc1@aol.com

Daniel P. Struck
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone: (602)263-7381
Facsimile: (602)263-1711 - fax
E-mail:     dstruck@jshfirm.com


Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr., )<br>)<br>Plaintiff, )<br>)<br>)<br>v.      )<br>)<br>Alaska Dept. of Corrections )<br>Mark Antrim Commissioner )<br>of Alaska Dept. of )<br>Corrections, )<br>)<br>Defendants. )<br>_____) | Civil No. 3:06-cv-00100(TMB) |

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
ON BEHALF OF DEFENDANTS

This matter having come before the court upon the Motion to Appear Pro Hac Vice on Behalf of Defendants by Daniel P. Struck, and the court being duly advised in the premises, now,

therefore, IT IS HEREBY ORDERED that Daniel P. Struck's motion to appear pro hac vice on behalf of above-named Defendants is GRANTED, and Daniel P. Struck is hereby permitted to appear and participate as attorney for Defendants, State of Alaska Department of Corrections and Antrim.

Dated:_____        By:_____
                              Honorable Timothy M. Burgess

Certificate of Service

I hereby certify that on this 3rd day of
August, 2006 a copy of the foregoing
ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
ON BEHALF OF DEFENDANTS
was served by U.S. Mail on:

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence AZ  85232


s/Michael D. Corey