**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Loren J. Larson Jr., <br><br>            Plaintiff, <br><br>      v. <br><br> Alaska Dept. of Corrections, Mark Antrim, Commissioner of Alaska Dept. of Corrections, <br><br>            Defendants. | Case No. 3:06-cv-00100(TMB) |

**ORDER GRANTING MOTION TO DEPOSE PLAINTIFF IN RESTRAINTS**

Upon reviewing the Defendants' motion and good cause appearing therefore;

IT IS HEREBY ORDERED Defendant, Corrections Corporation of America to take the deposition of the Plaintiff, Loren Larson, inmate number #204981, who is presently incarcerated at the Red Rock Correctional Center, 1750 East Arica Road, Eloy, Arizona 85231 on **September 19, 2006** at 1:00 p.m. at a conference room to be arranged at the facility.

Dated this ____ day of August, 2006.

_____
HONORABLE TIMOTHY M. BURGESS
Judge of the United States District Court

Copies to All Parties:

1