UNITED STATES DISTRICT COURT FOR

THE STATE OF ALASKA

Loren J Larson Jr.
        plaintiff,

vs.

Alaska Dept. of Corrections,
Mark Antrim Commissioner.
        defendant.
_____/
Case No. 3:06-cv-00100

RECEIVED

AUG 2 4 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

NOTICE OF ADDRESS CHANGE

        COMES NOW plaintiff Loren J Larson Jr. pro; se. and hereby gives

notice that his address has been changed to the following:

                Loren J Larson Jr.
                Red Rock Correctional Center
                1750 East Arica rd.
                Eloy, AZ. 85231


        Respectfully submitted this 16th day of August, 2006.

                                    Loren J Larson Jr. pro; se.


I certify that on 8-16-06
a copy of this notice was mailed
to Michael D. Cory, Daniel P. Struck
and Jenifer L. Holsman at their address
of record.

Loren J Larson Jr. pro; se.