**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| Loren J. Larson Jr., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>Alaska Dept. of Corrections, Mark Antrim, Commissioner of Alaska Dept. of Corrections, <br><br>　　　　　Defendants. | Case No. 3:06-cv-00100(TMB) |

### NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT

　　Defendants Alaska Department of Corrections and Mark Antrim hereby give notice of service on Plaintiff of Defendants First Supplemental Disclosure Statement on August 29, 2006.

　　RESPECTFULLY SUBMITTED this 29th day of August, 2006.

　　　　　JONES, SKELTON & HOCHULI, P.L.C.

　　BY *Jennifer Holsman*
　　―――――――――――――――
　　Daniel P. Struck *Pro Hoc Vice)*
　　Jennifer L. Holsman
　　2901 North Central Avenue
　　Suite 800
　　Phoenix, Arizona 85012
　　Attorneys for Defendants,

　　SANDBERG, WUESTENFELD & COREY
　　Michael D. Corey
　　ABA#8511130
　　701 W. 8th Ave., Suite 1100
　　Anchorage, AK 99501
　　Attorneys for Defendants,
　　Alaska Dept. of Corrections,
　　Mark Antrim Commissioner of
　　Alaska Dept. of Corrections

This is to certify that a true and
correct copy of the foregoing was
served by (X) mail ( ) hand ( ) fax
this 29th day of August, 2006, to:

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence, Arizona  85232

John J. Bodick, Esq.
Assistant Attorney General
310 K Street, Suite 401
Anchorage, Alaska 99501


/s/Peggy Sue Trakes
1673763.1

2