Daniel P. Struck, Bar #012377
Sherry K. Leckrone, Bar #023710
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Attorneys for Defendants, Marc Antrim and Alaska Department of Corrections

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Loren J Larson Jr., <br><br>    Plaintiff,<br><br>v.<br><br>Alaska Dept of Corrections, Marc Antrim Commissioner of Alaska Dept. of Corrections,<br><br>    Defendants. | NO. 3:06-cv-00100 TMB |

1. **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on May 30, 2006 and was attended by:

 **Plaintiff**  Loren J. Larson, Jr., Florence Correctional Center, P.O. Box 6200, Florence, AZ  85232

 **Defendants** attorney for defendant Alaska Department of Corrections and Mark Antrim, Sherry K. Leckrone, Jones, Skelton & Hochuli, 2901 N. Central Avenue, Suite 800, Phoenix, AZ  85012.

During the telephonic meeting, the parties recommended the following:

2. **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

  ____ have been exchanged by the parties

  ____ will be exchanged by the parties by _____

  _x_ F.R. Civ. P. 26 (A)(1)(e)(iii) excludes this

matter                from disclosure  requirements.

Proposed changes to disclosure requirements:    * See above**

Preliminary witness lists

\_\_\_\_\_ have been exchanged by the parties

  X  will be exchanged by the parties by October 27, 2006

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Plaintiff claims he was threatened by staff to prevent him from filing additional grievances.
Whether there was retaliation for filing grievances and whether any claimed conduct advanced penological goals.
Whether there is a casual connection between defendants conduct and Plaintiff's claimed basis for retaliation.
The damages Plaintiff suffered if any.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

Discovery will be needed to address the issues raised in the Plaintiff's Complaint. Defendant anticipates interrogatories, Request for Admission and the Deposition of the Plaintiff. Plaintiff anticipates Request for Admissions, Interrogatories and Depositions.

B. All discovery commenced in time to be completed by November 28, 2006 ("discovery close date").

C. Limitations on Discovery.

1.  Interrogatories

 X  No change from F.R.Civ.P. 33(a)

\_\_\_\_\_ Maximum of_____by each party to any other party.

Responses due in \_\_\_ days.

2. Requests for Admissions.

 X  No change from F.R.Civ.P. 36(a).

\_\_\_\_\_ Maximum of_____ requests.

   Responses due in _____ days.

   3. Depositions.

   _X_ No change from F.R.Civ.P. 36(a) and 30.

   ____ Maximum of _____ depositions by each party.

   ____ Depositions not to exceed __7__ hours unless agreed to by all parties.

   D. Reports from retained experts.

   _X_ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

   ____ Reports due:

   From plaintiff (insert date)   From defendant (insert date)

   E. Supplementation of disclosures and discovery responses are to be made:

   _X_ Periodically at 60-day intervals from the entry of scheduling and planning order.

   ____ As new information is acquired, but not later than 60 days before the close of discovery.

   F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   _X_ 45 days prior to the close of discovery.

   ____ Not later than (insert date)

5. Pretrial Motions.

   _X_ No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   ____ Motions to amend pleadings or add parties to be filed not later than (insert date).

   ____ Motions under the discovery rules must be filed

not later than (insert date).

___ Motions in limine and dispositive motions must be filed not later than (insert date).

6. Other Provisions:

   A.  X   The parties do not request a conference with the court before the entry of the scheduling order.

   ___ The parties request a scheduling conference with the court on the following issue(s):

   (Insert issues on which a conference is requested)

   B. Alternative Dispute Resolution.  [D.Ak. LR 16.2]

   ___ Plaintiff wants to submit to binding arbitration.

   X   This matter is not considered a candidate for court-annexed alternative dispute resolution.

   ___ The parties will file a request for alternative dispute resolution not later than (insert date).

   ___ Defendant's do not agree that this case is subject to alternative dispute resolution.

   ___ Mediation ___ Early Neutral Evaluation

   C. The parties ___ do  X   not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ___ All parties have complied  X   Compliance not required by any party

7. Trial.

   A. The matter will be ready for trial:

   X   45 days after the discovery close date.

   ___ not later than (insert date).

   B. This matter is expected to take  5   days to try.

   C.  Jury Demanded     X  Yes  ___ No

Right to jury trial disputed?  ____Yes  X ____No

DATED this 31st day of August, 2006.

JONES, SKELTON & HOCHULI, P.L.C.

BY _____
Sandberg, Wuestenfeld & Corey
Michael D. Corey
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone (907) 276-6363

Daniel P. Struck
Sherry K. Leckrone
2901 North Central Avenue,
Suite 800
Phoenix, Arizona 85012
*Attorneys for Defendants, Marc Antrim and Alaska Department of Corrections*

BY _____
Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence, Arizona 85232
*Plaintiff*

Original filed with the
Court this 31st day of Aug ,2006

Copy mailed the same day to:
Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence, Arizona 85232

1635546.1                          5