Loren J Larson Jr.
1750 East Arica rd.
Eloy, AZ. 85231

**RECEIVED**

SEP 0 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
    plaintiff,

v.

Mark Antrim, Ak. Dept.
of corrections.
    defendants.
_____/
Case No. A06-00100CV

### MOTION TO STAY

    **COMES NOW** plaintiff Loren J Larson Jr. pro; se. and hereby moves to stay all legal proceedings and requirements for this case until plaintiff's "Motion To Amend Plaintiff's Civil Complaint And Remand to State Court" is ruled upon by this Court. Staying this case until a ruling is given is proper as it saves judicial recourses.

    Respectfully submitted this 27th day of August, 2006.

_____
Loren J Larson Jr. pro; se.

I certify that on 8-27-06
a copy of this motion was mailed
to Michael D. Cory, Danial P. Struck
and Jenifer L. Holsman at their address
of record.

_____
Loren J Larson Jr. pro; se.