UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

RECEIVED

SEP 0 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Loren J Larson Jr.
    plaintiff,

v.

Mark Antrim, Alaska Dept.
of Corrections.
    defendants.
_____/
Case No. A06-00100CV

### ORDER

Upon consideration of plaintiff's motion and any response thereto.

It is hereby **ORDERED**:

Plaintiff's motion to stay is **GRANTED**.

_____
U.S. District Court Judge.