Daniel P. Struck, Bar #012377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue,
Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Attorneys for Defendants, Marc
Antrim and Alaska Department of
Corrections

**UNITED STATES DISCTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Loren J Larson Jr.,<br><br>                    Plaintiff,<br><br>          v.<br><br>Alaska Dept of Corrections, Marc Antrim Commissioner of Alaska Dept. of Corrections,<br><br>                    Defendants. | NO. 3:06-cv-00100 TMB<br><br>**NOTICE OF CLARIFICATION** |

On August 31, 2006, Defendants filed an updated copy of the Rule 26(f) Meet and Confer Statement previously filed on June 7, 2006. The copy filed on August 31, 2006, included Plaintiff's signature. This document was filed in an attempt to clarify the record regarding Plaintiff's signature (and agreement) to the scheduling deadlines established in the Rule 26(f) Meet and Confer Statement.

Dated:   this 5th day of September, 2006.

1

JONES, SKELTON & HOCHULI, P.L.C.

BY _____
Daniel P. Struck
2901 North Central Avenue,
Suite 800
Phoenix, Arizona  85012
*Attorneys for Defendants, Marc Antrim and Alaska Department of Corrections*

Sandberg, Wuestenfeld & Corey
Michael D. Corey
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone (907) 276-6363

Original filed with the
Court this     day of     ,2006

Copy mailed the same day to:
Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence, Arizona  85232
1676119.1