Daniel P. Struck, Bar #012377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue,
Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Attorneys for Defendants, Marc
Antrim and Alaska Department of
Corrections

**UNITED STATES DISCTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Loren J Larson Jr.,<br><br>                    Plaintiff,<br><br>     v.<br><br>Alaska Dept of Corrections, Marc Antrim Commissioner of Alaska Dept. of Corrections,<br><br>                    Defendants. | NO. 3:06-cv-00100 TMB<br><br>**NOTICE OF CLARIFICATION** |

On August 31, 2006, Defendants filed an updated copy of the Rule 26(f) Meet and Confer Statement previously filed on June 7, 2006. The copy filed on August 31, 2006, included Plaintiff's signature. This document was filed in an attempt to clarify the record regarding Plaintiff's signature (and agreement) to the scheduling deadlines established in the Rule 26(f) Meet and Confer Statement.

Respectfully submitted this 6th day of September, 2006 at Anchorage, Alaska.

JONES, SKELTON & HOCHULI, P.L.C.

BY   s/ Daniel P. Struck
   Daniel P. Struck
   2901 North Central Avenue Suite 800
   Phoenix, Arizona  85012

   Attorneys for Defendants, *Marc Antrim and Alaska Department of Corrections*

   Sandberg, Wuestenfeld & Corey
   Michael D. Corey
   ABA #8511130
   701 W. 8th Avenue, Suite 1100
   Anchorage, Alaska 99501
   Phone (907) 276-6363

Original filed electronically
with the United States District
Court this 6th day of August, 2006.

Copy mailed the same day to:

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence, Arizona  85232


      s/ Carol S. Madden


1676119.1

2