EXHIBIT 1:
AFFIDAVIT OF KARL STANSEL

# AFFIDAVIT OF KARL STANSEL

STATE OF ARIZONA    )
                    ) ss.
County of Pinal     )

Karl Stansel, being first duly sworn upon oath, deposes and says:

1. I am over the age of 18 and am competent to testify to the matters stated in this affidavit, which are true and correct to the best of my knowledge, information, and belief.

2. I have been employed with Corrections Corporation of America for ten years. I have worked at Florence Correctional Center since 1999. I became an Assistant Warden at Florence Correctional Center in February 2004.

3. I have personal knowledge of the matters contained herein, or have reason to believe that the matters stated herein are true and accurate, and make this affidavit in support of Defendants' Motion for Summary Judgment.

4. Florence Correctional Center is obligated by contract with the State of Alaska to follow Alaska Policy and Procedure in regards the filing Prisoner Grievance for the Alaska detainees.

5. Based upon the Alaska Policy and Procedure, in order for an inmate to exhaust his administrative remedies, he must follow the grievance procedures and carry the grievance through to its finish. A summary of the procedure is as follows:

    A.  **Informal Resolution:**

        A prisoner must try to resolve a problem informally before filing a grievance

1659144.1

    B.    **Filing a Grievance (Level One)**

        If the prisoner cannot resolve a problem informally, he or she may file a grievance. To file a grievance, the prisoner must fill out a Prisoner Grievance Form and attach the response to the informal resolution attempt. The grievance process begins when the Grievance Coordinator records and files the grievance.

    C.    **Appeal Process (Level Two)**

        A prisoner may appeal a Superintendent/Deputy Director's decision. The prisoner must complete and file a Prisoner Grievance Appeal Statement form with the Grievance Coordinator within two working days after receiving the Superintendent/Deputy Director's decision. The Grievance Coordinator shall record the appeal and immediately send the appeal to the Deputy Director or, in the case of an appeal from the Deputy Director's decision where the Superintendent has been initially grieved, to the Director.

    D.    **Review by the Grievance and Compliance Administrator (Level Three)**

        A prisoner who believes a grievance has not been handled consistent with this policy may seek review by the Grievance and Compliance Administrator after the Deputy Director/Director renders a decision. The prisoner must request a review by writing a letter, and sending it in a sealed envelope directly to the Grievance and Compliance Administrator within 30 days. The Grievance and Compliance Administrator shall respond in writing to the prisoner within 30 days.

6.    If an inmate fails to follow this procedure or omits any part of it, he has not exhausted the administrative remedies available. If an inmate fails to cooperate with the investigation process, he has failed to carry the grievance through to its finish and thus has failed to exhaust the administrative remedies available.

7.    CCA/FCC provides all inmates, with a copy of the facility grievance policies and procedures upon their arrival to the facility. Loren Larson was provided with a copy of the grievance policies and procedures upon his arrival to the facility.

1659144.1

8. Upon review of the grievance files and logs, the records indicate Loren Larson failed to file any grievance for the subject incidents that allegedly occurred November 2, 2005. He has therefore, failed to comply with, and exhaust, the available administrative remedies.

9. The grievance procedure as described above was in effect at CCA/FCC in November, 2005.

10. As outlined, if an inmate fails to follow the grievance procedure or omits any part of it, he has not exhausted the administrative remedies available. I hereby attest that inmate Loren Larson failed to exhaust all administrative remedies available to him.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Karl Stansel

SUBSCRIBED AND SWORN TO
before me this 8th day of Aug., 2006,
by Karl Stansel, personally known to
me or proved to me on the basis of satisfactory evidence.

_____
Notary Public

My Commission expires: May 12, 2007

OFFICIAL SEAL
LINDA SUE TROSEN
NOTARY PUBLIC-ARIZONA
PINAL COUNTY
My Comm. Expires May 12, 2007

1659144.1