UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>              Plaintiff,<br><br>     v.<br><br>Alaska Dept. of Corrections, Mark Antrim, Commissioner of Alaska Dept. of Corrections,<br><br>              Defendants. | Case No. 3:06-cv-00100(TMB) |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Upon consideration of the foregoing Motion to Dismiss Plaintiff's Complaint filed by Defendants, and Plaintiff's Response thereto, together with Defendants' Reply, it is hereby ordered GRANTING Defendant's Motion to Dismiss Plaintiff's Complaint and hereby DISMISSING Plaintiff's Complaint.

The Clerk of the Court is ordered to enter judgment dismissing Plaintiff's Complaint.

_____
Timothy M. Burgess
Judge of the United States District Court