Daniel P. Struck, Bar #012377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey, Bar #ABA#8511130
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
Telephone:  (907) 276-6363
Fax:  (907) 276-3528
mdcl@aol.com

Attorneys for Defendants, Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCORAGE**

| | |
|---|---|
| Loren J. Larson Jr., <br><br> Plaintiff, <br><br> v. <br><br> Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections, <br><br> Defendants. | NO. A06-00100CV (TMB) |

**DEFENDANTS' MOTION FOR EXPEDITED RULING ON DEFENDANT'S MOTION TO DEPOSE PLAINTIFF**

Defendants, through counsel, respectfully request this Court to issue an expedited ruling or enter an Order regarding Defendants' Motion to Depose Plaintiff in Restraints dated August 10, 2006. The expedited ruling is necessary because Plaintiff's deposition is scheduled to take place on September 19, 2006.

1

Based on the foregoing, Defendants respectfully request that the Court issue an expedited ruling or enter an Order regarding Defendants' Motion to Depose Plaintiff.

RESPECTFULLY SUBMITTED this 12th day of September, 2006.

JONES, SKELTON & HOCHULI, P.L.C.

BY /s/Jennifer L. Holsman
Daniel P. Struck
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA#8511130
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
Telephone:  (907) 276-6363
Fax:  (907) 276-3528
mdcl@aol.com

Attorneys for Defendants, Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections

This is to certify that a true and correct copy of the foregoing was served by ( X ) mail ( ) hand ( ) fax this 12th day of September 2006, to:

Loren J. Larson, Jr.
CCA/FCC
P.O. Box 6200
Florence, Arizona  85232

John J. Bodick, Esq.
Assistant Attorney General
310 K Street, Suite 401
Anchorage, Alaska 99501
_____

/s/Peggy Sue Trakes
1678694.1