## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Larson v. Alaska Dept. of Corrections, et. al*
Case No. 3:06-cv-100 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants have moved for an order requiring Plaintiff to appear for his deposition on September 19, 2006, in full restraints. Docket 20.     Defendants seek an expedited ruling. Docket 29.

The Court notes that four other motions are pending, including Defendant's Motion to Dismiss. Docket 27. The motion to dismiss obviously is dispositive, and if granted would eliminate the need for a deposition in this matter. It does not appear from the motion at Docket 20 that Plaintiff's deposition needs to be taken next week.

Accordingly, the request for an expedited ruling at Docket 29 is GRANTED. The Motion for an order requiring Plaintiff to appear for his deposition in full restraints, Docket 20, is DENIED WITHOUT PREJUDICE.

If Defendants have a need to depose Plaintiff before the Court rules on the other pending motions in this matter, they may renew their Motion to Depose Plaintiff in Restraints and articulate that pressing need. If and when they renew the motion, Defendants are advised to attach the affidavits and exhibits referenced at Docket 20, which were not attached to the original filing.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: September 12, 2006