Based on the foregoing, Defendants respectfully request that the Court issue an expedited ruling or enter an Order regarding Defendants' Motion to Depose Plaintiff.

RESPECTFULLY SUBMITTED this 12th day of September, 2006 at Anchorage Alaska.

JONES, SKELTON & HOCHULI, P.L.C.

BY  s/ Daniel P. Struck
Daniel P. Struck
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA#8511130
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-6363
Fax: (907) 276-3528
mdcl@aol.com

Attorneys for Defendants, Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections

Filed *electronically* with the United States District Court this 12th day of September, 2006.

COPY of the foregoing mailed even date to:

Loren J. Larson, Jr.
CCA/Red Rock Correctional Facility
1750 East Arica Road
Eloy, Arizona 85231

John J. Bodick, Esq.
Assistant Attorney General
310 K Street, Suite 401
Anchorage, Alaska 99501_____
       s/ Carol S. Madden

1