Daniel P. Struck, Bar #012377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey, Bar #ABA#8511130
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-6363
Fax: (907) 276-3528
mdcl@aol.com

Attorneys for Defendants, Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

## AT ANCORAGE

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>                             Plaintiff,<br><br>v.<br><br>Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections,<br><br>                            Defendants. | NO. A06-00100CV (TMB)<br><br>**DEFENDANTS ALASKA DEPARTMENT OF CORRECTIONS AND MARK ANTRIM'S RESPONSE TO PLAINTIFF'S MOTION TO STAY** |

## DEFENDANTS ALASKA DEPARTMENT OF CORRECTIONS AND MARK ANTRIM'S RESPONSE TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS

Defendants Alaska Department of Corrections and Mark Antrim, through counsel, submit this Response to Plaintiff's Motion to Stay. Plaintiff's Motion

1

must be denied because Plaintiff has failed to provide a proper basis for "staying" this action.

This Motion is supported by the following Statement of Points and Authorities.

## STATEMENT OF POINTS AND AUTHORITIES

### I.   FACTUAL BACKGROUND

On March 30, 2006, Plaintiff filed a Complaint against the Alaska Department of Corrections and Mark Antrim, alleging two constitutional violations: (1) that his First Amendment rights were violated; and (2) that his due process rights were violated. Plaintiff alleged these violations occurred while he was detained at Florence Correctional Center ("FCC"), a contract facility operated by CCA.

On May 19, 2006, Plaintiff filed a Motion Seeking Leave to Amend his Complaint and Motion for Remand. The Court has not yet entered an order regarding this motion.

Plaintiff, on September 1, 2006, filed a motion to "stay all legal proceedings and requirements for this case until plaintiff's Motion to Amend Plaintiff's Civil Complaint and Remand to State Court is ruled upon by this Court. Staying this case until a ruling is given is proper as it saves judicial resources."[1] Defendants assert that a stay is unnecessary for the reasons set forth below and submit the following opposition.

### II.   LEGAL ARGUMENT

Plaintiff's Motion to Stay fails to articulate a proper basis for staying the proceedings. First, although Plaintiff has a pending Motion to Remand before the court, the claims raised in the subject lawsuit arise under Federal law. Thus, it is unlikely that Plaintiff's case will be remanded to State Court based upon this Court's jurisdiction over

---

[1] See Plaintiff's Motion to Stay, page 1.

his constitutional and civil rights claims. Regardless, even if the Court remanded this case, the substance of Plaintiff's claims would remain the same. Plaintiff specifically alleges that his rights were violated when he was allegedly told not to file grievances while at FCC. Defendants are entitled to participate in discovery on these issues, regardless of whether the case is in State or Federal court. Thus, granting Plaintiff's Motion to Stay would prolong this litigation, and not "save judicial resources," as Plaintiff claims.

Finally, Plaintiff gives no legal basis for delaying the prompt resolution of this matter. Instead, judicial economy dictates that discovery proceed in a timely fashion. Staying the proceedings while Plaintiff awaits the resolution of his Motion to Remand (when his claims are federal in nature and it is unlikely the case will be remanded) would unduly delay and burden the Defendants, who seek a timely resolution of this matter. Accordingly, Plaintiff's request for a "stay" is without justification and should be denied.

## III.   CONCLUSION

Based on the foregoing, this Court should deny Plaintiff's Motion to Stay Proceedings for the reason that Plaintiff has failed to provide a proper basis for "staying" this action.

DATED this 14th day of September, 2006.

JONES, SKELTON & HOCHULI, P.L.C.


BY /s/ Daniel P. Struck
Daniel P. Struck
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey
SANDBERG, WUESTENFELD &
COREY
ABA#8511130
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-6363
Fax: (907) 276-3528
mdcl@aol.com

Attorneys for Defendants, Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections

This is to certify that a true and correct copy of the foregoing was served by (x) mail ( ) hand ( ) fax this 14th day of September, 2006, to:

Loren J. Larson, Jr.
Red Rock Correctional Center
1750 East Arica Road
Eloy, Arizona 85231


/s/ Peggy Sue Trakes
1678370.1

4