Loren J Larson Jr. pro; se.
Red Rock Correctional Center
1750 East Arica rd.
Eloy, AZ. 85231

**RECEIVED**

SEP 2 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
        plaintiff,

v.

Mark Antrim, AK. Dept.
of Corrections.
_____/
Case No. A06-00100CV

### OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT

The defendant's motion to dismiss plaintiff's complaint is highly inappropriate and extremely wasteful of Judicial Recourses and thus should be denied.

Plaintiff already has a motion before this Court to amend and remand that was filed on 5-31-06 and a motion to stay all legal proceedings that was filed on 8-27-06. The defendant's are motioning to dismiss plaintiff's complaint because no grievance was filed, even though they have full knowledge that it is impossible for the plaintiff to file a grievance with out subjecting himself to serious physical harm as the complaint confirms.

For all of the reasons stated, the defendant's motion to dismiss plaintiff's complaint should be denied.

Respectfully submitted this 16th day of September, 2006.

I certify that on 9-16-06
a copy of this opposition was
mailed to Michael D. Cory,
Danial P. Struck and Jenifer L.
Holsman at their address of record.

Loren J Larson Jr. pro; se.