## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Loren J. Larson, Jr.  v. Mark Antrim, Alaska Dept of Corrections*
Case No. 3:06-cv-100 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff's Motion to Amend Complaint Docket [9] is GRANTED.  Plaintiff's Motion to Remand to State Court at Docket [10] is DENIED. In light of the foregoing, Plaintiff's Motion to Stay at Docket [24] is moot and therefore DENIED. Finally, Plaintiff has filed a Motion for Notice to Compel Defense to Copy Plaintiff [34]. It appears that Defendant's Motion to Depose Plaintiff in Restraints at Docket [20] and a related filing were sent to the incorrect address. It now appears, however, that Plaintiff is being correctly served. Therefore, Plaintiff's Motion to Compel at Docket [34] is DENIED as moot.

**IT IS HEREBY ORDERED:**

Plaintiff's Motion to Amend Complaint [9] is **GRANTED .**
Plaintiff's Motion to Remand to State Court [10] is **DENIED.**
Plaintiff's Motion to Stay [24] is **DENIED.**
Plaintiff's Motion to Compel [34] is **DENIED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  September 28, 2006.