Loren J Larson Jr. pro; se.
Red Rock Correctional Center
1750 East Arica rd.
Eloy, AZ. 85232

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
    plaintiff,

v.

Mark Antrim, AK. Dept.
of Corrections.
    defendant.
_____/
Case No. A06-00100CV

**RECEIVED**

SEP 2 8 2006

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

### REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STAY

    Plaintiff Loren J Larson Jr. has removed all references to Federal Law in his Amended Civil Complaint and thus remand to the State Court is likely to be the ruling when plaintiff's motion to amend and remand is given.

    Plaintiff's intent and legal basis for a stay is to **STOP** the defendant's from wasting this Court's judicial resources. Plaintiff submitted his motion to stay on August 27, 2006. Since that time the defendants have filed two secret motions, (Docket 20 and 29 see att.1) and a completely frivolous motion to dismiss on the basis that no grievance was filed, even though the defendants have full knowledge that it is impossible for the plaintiff to file a grievance with out subjecting himself to serious physical harm. (See plaintiff's amended civil complaint and plaintiff's opposition to defendant's motion to dismiss)

page 1.

## CONCLUSION

Any legal work that is done, (To include discovery) will have to be duplicated if this case is sent back to the State Court. Federal Rules of Civil Procedure and Alaska Rules of Civil Procedure are Judicial and jurisdictionally different. For all of the reasons given, plaintiff's motion to stay should be granted.

Respectfully submitted this 20th day of September, 2006.

_____
Loren J Larson Jr. pro; se.



I certify that on 9-20-06
a copy of this reply and it's
attachment was mailed to Michael
D. Cory, Danial P. Struck and Jennifer
L. Holsman at their address of record.

_____
Loren J Larson Jr. pro; se.

Page 2.