Loren J Larson Jr. pro; se.
Red Rock Correctional Center
1750 East Arica rd.
Eloy, AZ. 85231

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
    plaintiff,

v.

Mark Antrim, AK. Dept.
of Corrections.
    defendant.  /
_____
Case No. A06-00100CV

### REQUEST FOR NOTICE TO COMPEL DEFENSE
### TO COPY PLAINTIFF

Dear Clerk of the Court;

    The first I have ever heard of the defense motion to put me in **Full Restraints** (Docket 20) and **Expedite Ruling** (Docket 29) is from the Court's Order that I received today 9-18-06.

    I'm not sure why the defendants did not send me a copy of these motions, perhaps they thought I would oppose their motion thus hinder their desires to suffer me **Full Restraints** wile I answer questions. Nevertheless, I'm thankful the defense motion was denied and I do not have to be chained up in full restraints for an undetermined amount of time.

    I respectfully request for a notice to be sent to the defendants that compels them to send me copies of any legal work they submit to this Court. Thank You.

    Respectfully submitted this 19th day of September, 2006.

I certify that on 9-19-06
a copy of this request was
mailed to Michael D. Cory,
Danial P. Struck and Jenifer L.
Holsman at their address of record.

                                                Loren J Larson Jr. pro; se.

Attachment 1.