Daniel P. Struck, Bar #012377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey, Bar #ABA#8511130
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave.
Suite 1100
Anchorage, AK 99501
Telephone:  (907) 276-6363
Fax:  (907) 276-3528
mdcl@aol.com

Attorneys for Defendants *Antrim and
 Alaska Dept. of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| Loren J. Larson Jr., <br><br>　　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections, <br><br>　　　　　　　　　Defendants. | NO. A06-00100CV (TMB) |

**DEFENDANT MARK ANTRIM'S MOTION TO DISMISS**

　　　　Defendant Mark Antrim, through counsel, and pursuant to FED.R.CIV.P. 12(b)(6), hereby moves to dismiss Plaintiff's Amended Complaint for Failure to State a Claim. This Motion is supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  INTRODUCTION**

Plaintiff is an inmate, previously incarcerated at Florence Correctional Center ("FCC"), a facility operated by Corrections Corporation of America ("CCA").  In his Amended Complaint, Plaintiff asserts that while at FCC, Officer Carl Richey, "verbally assaulted" and "physically intimidated" him into not filing another inmate grievance.  As a result of Mr. Richey's conduct, Plaintiff alleges that his rights to freedom of speech and due process under the Alaska State Constitution were violated by Defendant Mark Antrim.[1]

Plaintiff's Amended Complaint alleges that Defendant Antrim is responsible for Carl Richey's conduct.  Defendant Antrim is the Commissioner for the Alaska Department of Corrections.  Carl Richey is not an Alaska Department of Corrections employee. Rather, Carl Richey was an employee of CCA while he worked at Florence Correctional Center in Arizona. Accordingly, Plaintiff has failed to assert a prima facie case of negligence against Defendant Antrim in his Amended Complaint.

**II.  PLAINTIFF'S AMENDED COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.**

Plaintiff alleges that Defendant Mark Antrim is liable for violating his right to due process and freedom of speech under the Alaska State Constitution. Plaintiff's Amended Complaint, however, fails to plead facts that connect Defendant Antrim to: (1) the alleged verbal assault or physical threat by Carl Richey; (2) Carl Richey's actions as a CCA employee in Arizona; or (3) how Mark Antrim failed to provide a "threat free" grievance system at Florence Correctional Center, a contract facility with Corrections Corporation of America.  Because Plaintiff has failed to state a causal connection between Defendant Antrim and the alleged

---

[1] Plaintiff has Amended his Complaint in an effort to have this case remanded to Alaska Superior Court pursuant to AS 22.10.020. Should this case be remanded to Superior Court, Defendant intends to file a Motion to Dismiss based upon lack of subject matter jurisdiction pursuant to the Court's holding in *Hertz v. Carothers*, 784 P.2d 659, 660 (Alaska 1990) (the superior court does not ordinarily have jurisdiction over appeals from prison grievance proceedings).

unlawful conduct of Carl Richey, he has failed to state a legally compensable claim against Defendant Antrim.[2] Accordingly, Plaintiff's Amended Complaint must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

## III.     CONCLUSION

Plaintiff's Amended Complaint does not state a legal claim upon which relief can be granted against Defendant Mark Antrim. Accordingly, Plaintiff's Amended Complaint must be dismissed.

RESPECTFULLY SUBMITTED this 11th day of October, 2006.

JONES, SKELTON & HOCHULI, P.L.C.


BY   s/ Daniel P. Struck
    Daniel P. Struck
    2901 North Central Avenue
    Suite 800
    Phoenix, Arizona  85012
    Telephone:  (602) 263-1700
    Fax:  (602) 200-7811
    dstruck@jshfirm.com

    Michael D. Corey
    SANDBERG, WUESTENFELD & COREY
    ABA#8511130
    701 W. 8th Ave.
    Suite 1100
    Anchorage, AK 99501
    Telephone:  (907) 276-6363
    Fax:  (907) 276-3528
    mdcl@aol.com

    Attorneys for Defendants, *Antrim and Alaska Dept. of Corrections*

---

[2] *See Lyons v. Midnight Sun Transp. Servs., Inc.,* 928 P.2d 1202, 1204 (Alaska 1996) (*citing Alvey v. Pioneer Oilfield Servs., Inc.,* 648 P.2d 599, 600 (Alaska 1982) (to establish the tort of negligence, the elements of duty, breach of duty, causation and harm must be established).

This is to certify that a true and correct copy of the foregoing was served by ( x ) mail ( ) hand ( ) fax this 11th day of October, 2006, to:

Loren J. Larson, Jr.
Red Rock Correctional Center
1750 East Arica Road
Eloy, Arizona  85231


　　　　　s/ Carol S. Madden

1698290.1

4