RECEIVED

STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS 2006

PRISONER GRIEVANCE APPEAL STATEMENT    CLERK, U.S. DISTRICT COURT
                                        ANCHORAGE, ALASKA

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| Loren J Larson Jr | FCC/ JB 107 | 204981 | 05-0617 |

**DATE OF APPEAL** 10-17-05    I am appealing the Superintendent's determination for the following reasons:

First: I just now received on 10-17-05 the "Investigators Findings and Recommendations". It was NOT delivered to me on 10-13-05 by Carl? as indicated.

Second: There is nothing "unclear" about my receiving business related mail. It is a component of My Right To Rehabilitation under The ~~Alaska~~ Alaska Constitution Article 1 § 12.

Third: I have not asked To run a business from inside the prison, nor have I asked for any special privileges.

I ask only to receive the business related mail that I have been approved to receive in all of the ALASKA institutions "Prisons" I have been in since 1997.

Enclosed is an unbound copy of my Resume minus the 5 years of ACI performance evaluation "will add later".

**PRISON'S SIGNATURE:** [signature]

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE APPEAL STATEMENT AND HAVE LOGGED IT WITH THE APPROPRIATE INITIALLY FILED GRIEVANCE.

**DATE FILED IN COMPLIANCE:** 10/18/05    **GRIEVANCE COORDINATOR'S SIGNATURE:** Carl E. [signature]

**DIRECTOR OF INSTITUTIONS/MEDICAL ADVISORY COMMITTEE'S DECISION:**
Mr. Larson: Your appeal has been reviewed. Your request to receive business related mail is very general (and unclear). If you have requests for specific mail that would be classified as "business mail" please submit a specific detailed request through FCC/CCA staff. Appeal denied.

[signature]    10/22/05
Director of Institutions    Date

Distribution: Original to Prisoner Case File
Institutional Grievance Coordinator/Grievance & Compliance Administrator (Central Office)/Prisoner

Page 1 of 1

Department of Corrections, Form 808.03D
Rev. 06/03



Ex. 1