

# Health Services Forms

**Florence Correctional Center**
1100 Bowling Road   PO Box 2667
Florence, AZ 85232
(520)868-9095

RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Inmate:         **LOREN LARSON**
Inmate ID:      287167
Age/DOB:
Encounter Date:     Oct 28 2005 12:00AM

**HS Forms**
LOREN LARSON
FCC J
JB 107 A

10/28/2005
Number 204981

MRI scan showed a herniated disc.
A neurosurgery evaluation has been requested

Medical personnel/Title:  P StaplerMD

Medical Unit: Medical

Orignal:  Inmate's Medical Record
**Signature**
Signed By: Patricia Stapler M.D.; 10/28/2005 2:21 PM UMST

Ex. 2