RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The director of institutions response to grievance appeal statement (log no. 05-0617) states:

> "Your request to receive business related mail is very general (and unclear). If you have requests for specific mail that would be classified as "business mail" please submit a specific detailed request through FCC/CCA staff."

In accordance to this statement, I submit and request to receive the following:

1. Daily, monthly, quarterly, annual profit and loss statements, ect....

2. Charts, graphs, diagrams showing business growth, loss, profit, debt, ect....

3. Contracts/lease arrangements for businesses, buildings, land, labor, equipment, ect....

4. Business/employee tax information, ect....

5. Business presentations for growth/joint ventures, ect....

6. Photographs of construction sites, land, buildings, cars, equipment, ect....

7. Any business related mail that a person of "Ordinary Intelligence" could recognize as mail associated with the legitimate operation of an Alaska State recognized Corporation/Business. This includes; but is not limited to 1 thru 6 above.

Respectfully submitted this 31st day of October, 2005.

Loren J. Larson Jr.

Ex.3.