**State of Alaska**      **PRISONER GRIEVANCE**     Department of Corrections

OCT 18 2006
CLERK, U.S. DIST...
ANCHORAGE, ALASKA

| Print Name | Institution/Module | OBSCIS N... | Log Number |
|---|---|---|---|
| Loren J Larson Jr | CCA/FCC | 204981 | 05-0620 |

Date of Incident: 10-31-05

Describe the incident and your attempts to handle it informally ONE issue per grievance.

On 10-31-05, I was informed by Case manager M. Clemons that I could not have mail that had a "copy" "COPY" of my drivers license / SS card.

The reason stated as to why I could not have this mail was: NO Pre-approval for these items.

I do not believe I need "Pre-approval" to receive a "COPY" of my drivers license, SS card.

(Attach additional pages if necessary)

I request the following relief (state outcome you are seeking):

To receive the mail with all of it's contents.

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident:

Date: 10-31-05    Prisoner's Signature: _Loren J Larson Jr_

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number.

Date Filed in Compliance: 11/2/05    Grievance Coordinator's Signature: _____

**Original:** Prisoner File
**Copies:** Prisoner
Grievance Coordinator
Grievance/Compliance Administrator

Form 808.03C. Revised 3/98 (All previous Editions Obsolete)

CCA-LARSON 0052

Ex. 4

600903-4111