Loren J Larson Jr. No. 204981
CCA Florence Correctional Center
P.O. Box 6200   1100 Bowling rd.
Florence, AZ. 85232.

RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Mark Antrim, Timothy Terrell and John K. Bodick:

   Today; 11-2-05 at 9:00 A.M. I was called into the case managers office. Upon entering a CCA staff member; Mr. C. Richey (Standards Officer-Alaska Unit) began verbally assaulting me for filing grievances and he specifically told me that "I Would Stop". I Tried to explain that any grievance I have filed was over things I was freely given in Alaska "AK. Prisons" but CCA would not give me here.

   Mr. Richey continued to verbally assault me and out right declare several times that: "I was a prisoner and the only thing you will get for the rest of your life is fresh air".

   A few seconds latter; Mr. Richey a 6 foot 3 inch 270 lb. man, came out of his chair; backing me against the entrance door with his face literally one half inch away from mine and started yelling as loud as he could: "There's only one thing your going to do, there's only one thing your going to do. Your going to get your ass out of this office, your going to get your ass out of this office. Get out, Get out."

   When this 6 foot 3 inch 270 lb. man came out of his chair, I literally thought physical harm to my body was imminent. I have been verbally and physically intimidated into not filing another grievance by the grievance coordinator for Alaska. Right now; I believe physical harm is yet to come.

In witness whereof, I have signed my name this 2nd day of November, 2005 and hereby, persuant to the law as it is found at AS 09.63.020 I certify under penalty of perjury that the foregoing is true.

*Loren J Larson Jr.*

Ex.5