

Loren J Larson Jr.   No. 204981
CCA Florence Correctional Center
P.O. Box 6200   1100 Bowling rd.
Florence, Az. 85232

Dear Mark Antrim;

   I have done what was asked by the director of institutions for grievance appeal statement log no. 05-0617 (see attachment A and B).

   My request "attachment B" was denied by the chief of security Mr. M. Velasquez on 11-3-05 per AK. policy 810.03

   I have not; at any time, asked to be given permission to "represent or conduct a business by mail". My only request has been to be able to receive the business related mail that I have received in all of the Alaska prisons I have been in since 1997.

   CCA/FCC has no legitimate grounds for restricting me from receiving this kind of information.

   Because of the "**Verbal and Physical Threats**" I received on 11-2-05 from Mr. C. Richey (Standards Officer - Alaska Unit) to not file another grievance. I am asking you for help in resolving this situation. I need an authority from Alaska to instruct CCA/FCC to allow me to receive through the mail; the information that is listed in attachment (B).

   Respectfully submitted this 9th day of November, 2005.

                                     *[signature]*
                                    Loren J Larson Jr.

Ex. 6