Records

RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE APPEAL STATEMENT

LARSON

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| Loren J Larson Jr | CCA/FCC | 204981 | 05-0650 |

**DATE OF APPEAL** 11-8-05   I am appealing the Superintendent's determination for the following reasons:

1. A Copy, A Black and White "COPY" of my SS card and drivers licence is not identification.

2. I went to outside medical 2weeks/3weeks ago and a lady sergeant was not going to let another inmate go to his outside medical appointment if he did not have his SS number.

3. The MRI I had done showed a herniated disc. I will be going to more outside medical and the best way to avoid the problem the other inmate almost had is to have a "COPY" of the information This Correctional "Private Facility" Center will require me to have to go to outside medical.

PRISON'S SIGNATURE: Loren Larson jr.

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE APPEAL STATEMENT AND HAVE LOGGED IT WITH THE APPROPRIATE INITIALLY FILED GRIEVANCE.

DATE FILED IN COMPLIANCE: 11/9/05    GRIEVANCE COORDINATOR'S SIGNATURE: [signature]

**DIRECTOR OF INSTITUTIONS/MEDICAL ADVISORY COMMITTEE'S DECISION:**
Mr. Larson: Your appeal has been reviewed. The security concerns of FCC/CCA are appropriate. The staff at the facility will not transport you to a medical appointment without information required to conduct the appointment. Your appeal is denied.

[signature]    11/11/05
Director of Institutions    Date

Distribution:  Original to Prisoner Case File
              Institutional Grievance Coordinator/Grievance & Compliance Administrator (Central Office)/Prisoner

Page 1 of 1

Department of Corrections, Form 808.03D
Rev. 06/03

Ex. 7

CCA-LARSON 0054