Loren J Larson Jr.
P.O. Box 6200
Florence, AZ. 85232

RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Mr. Timothy F. Lyden,

I would like to give you an opportunity to reconsider you decision that allows CCA (A Private Corporation) to restrict me from receiving any of the business related mail I have requested to receive.

If I were going to use the requested business related mail to "Represent or Conduct a Business by Mail", I would fill out the application form (815.05 A) that approves a prisoner to own and operate a business wile they are being held as a prisoner by the State of Alaska.

The Department of Corrections actually encourages this kind of prisoner activity because it helps a prisoner strengthen and maintain ties to the community in which he will eventually return.

But I am not asking to represent or conduct a business by mail. I am however; asking to not be hindered in receiving business information that is **NO DIFFERENT** in content of that in which I could receive if I were subscribing to the Wall Street Journal, Investor's Business Weekly, a Collage course for accounting or a Collage business degree. All of which I can now freely receive.

Here are some points to consider:

1. Before I was shipped out of ██████████ Alaska to be held as a prisoner by a Private Corporation. I was approved since 1997 by the Fairbanks Correctional Center and the Spring Creek Correctional Center "STATE OF ALASKA PRISONS", to receive through the mail all of the business related items I have requested.

2. Why am I being **TREATED DIFFERENT** than Alaska Natives? They routinely receive profit and loss statements, annual growth and future investment proposals from the Native Corporations that they own shares of stock in.



Ex. 8

page 1.

