RECEIVED
OCT 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3. Why am I being restricted from information that does not affect the security or operation of the prison in any way, but in fact; contributes greatly to my rehabilitation needs.

As you can see; there are many **FUNDAMENTAL** State and Federal Constitutional Rights being violated by allowing this private corporation "CCA" to restrict me from the business related mail I have requested.

I am sending a copy of this reconsideration request to assistant attorney general Timothy Terrell and assistant attorney general John K Bodick; as they know me well and I believe they will help you make the decision that's right for the Department of Corrections and the State of Alaska.

Respectfully submitted this 27th day of November, 2005.

*Loren J Larson Jr.*
Loren J Larson Jr.

P.S. For the record I want to state that you were wrong to process my letter to commissioner Antrim dated 11-9-05 as an appeal of grievance no. 05-617. The director of institutions answered my appeal for grievance no. 05-617 on 10-22-05. I did what the director instructed me to do and it was denied by CCA staff. My next procedural step was to file a grievance against the new denial. But because I was verbally and physically threatened by C. Richey (Standards Officer-AK. Unit) on 11-02-05 to not file another grievance. I wrote to the commissioner for help. You being the "**STANDARDS ADMINISTRATOR**" and C. Richey being the "**STANDARDS OFFICER-AK UNIT**" gives a very bad impression of your motives to sercumvent the grievance process and treat my letter to the commissioner as an appeal of a grievance that has already been answered by the director of institutions.

Ex. 9

page 2.