Loren J Larson Jr.
P.O. Box 6200
Florence, AZ. 85232

RECEIVED
OCT 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Mark Antrim;

I wrote on 11-2-05 and you received on 11-7-05 a brief description of how the "Standards Officer-Alaska Unit" Mr. C. Richey verbally and physically threatened me not to file another grievance.

There are many grievable issues in this Private Prison, but Mr. Richey made it very clear that if I filed another grievance, the only thing I would have coming is Physical Harm.

It has now been over a month since you received my letter. By you not sending a response, it appears you are not going to help me, or you just don't care. Either way, I would like some sort of response from you so I can be sure of what your intentions are concerning this matter.

    Respectfully,

    *signature*
    Loren J Larson Jr.
    12-11-05

Ex. 10