RECEIVED
OCT 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF CORRECTIONS**
*Commissioner's Office*

PO Box 112000
Juneau, AK 99811-2000
PHONE: (907) 465-4652
FAX: (907) 465-3390

December 20, 2005

Loren J. Larson Jr.
#204981
Florence Correctional Center
PO Box 6200
Florence, AZ 85232

Dear Mr. Larson,

Thank you for your letters to Commissioner Antrim postmarked 11/3/05 and 12/13/05 regarding your complaint about Mr. Richey. Your letters were forwarded to me for a response. I apologize for not responding sooner to your initial inquiry.

The matter has been investigated. Department policy 808.03 indicates that staff may not take retaliatory action against any prisoner for the filing or pursuit of a grievance. I want to encourage you to utilize the grievance process without fear of reprisal.

Sincerely,

*Timothy F. Lyden*

Timothy F. Lyden
Standards Administrator


cc:     Wardens Luna, Stansel
        File

Ex. 11