Loren J Larson Jr.
P.O. Box 6200
Florence, AZ. 85232

RECEIVED
OCT 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Mr. Lyden,

In your letter dated December 20, 2005 you state:

> "The matter has been investigated. Department policy 808.03 indicates that staff may not take retaliatory action against any prisoner for the filing or pursuit of a grievance. I want to encourage you to utilize the grievance process with out fear of reprisal."

How can you in good conscious "Encourage" me to utilize the grievance process?

Mr. Richey made it **EXTREMELY CLEAR** that I would be **PHYSICALLY HARMED** if I filled another grievance and that **HE'S** the one that's in charge of the grievance Process down here.

You say the matter has been "Investigated" but to my knowledge; nobody has contacted the two witnesses that were present during the assault and I have not been interviewed or questioned by anyone.

I don't know were you think I'm being housed; but this is not an Alaska prison. Mr. Richey is a citizen of Arizona and he is employed by a private corporation. Mr. Richey knows that Alaska has absolutely no authority to bring him to justice, punish him or even remove him from his job if he physically harms me or intimidates me to not file another grievance.

Unless you provide me with some real evidence that shows this matter has been "Investigated". Please don't "Encourage" me to "Utilize the Grievance Process."

Please send to me a copy of all of the letters I have sent to you and Please send me a copy of all of the letters Mr. Antrim sent to you to address on his behalf. I will pay any coping fee, just send the amount I owe with the copies. Thank You.

Respectfully,

Loren J Larson Jr.

Ex. 12