RECEIVED
OCT 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## AFFIDAVIT

1. On January 20, 2006 at 10:50 A.M. I was called into the case manager's office. When I opened the door, I saw that case manager Ms. Mattlock and And C. Richey were present. Ms. Mattlock told me that Assistant Warden Stansel was on his way, so I waited quietly.

2. A few minutes passed, then Mr. Stansel came in and sat down. Mr. Stansel asked me if I knew who Timothy Lyden was and I told him yes, he had sent me a letter recently. Stansel told me that he had received a call from Mr. Lyden wanting him to talk with me to try and resolve the problem I was having with Mr. Richey.

3. After some hesitation I told Mr. Stansel how I was called to the office on 11-2-05 and as soon as I entered; Mr. Richey started verbally assaulting me by telling me that I was to stop filing grievances and he wanted to know why I was trying to get a copy of my drivers licenses and social security card.

4. I told Mr. Richey that I was going to outside medical with another inmate recently but there was a gal at R and D that wasn't going to let the other inmate go if he could not tell her his social security number. I had a herniated disc and would be going to more outside medical so I though it would be best to have a copy of my social security card and drivers license to avoid future problems.

5. Mr. Richey then started verbally assaulting me about the grievance issue I was still pursuing over business related mail and told me to stop. I told Richey that I was freely given business mail in Alaska and that any grievance I had filed was over things that Alaska prisons freely gave me.

6. At this Mr. Richey became more verbally aggressive and violent in tone; stating repeatedly that "I was a prisoner and the only thing I would get for the rest of my life was fresh air".

7. Mr. Richey then came out of his as if he were going to physically assault me. I was backed up against the entrance door with a 6 foot 4 inch 270 pound man less than one half inch away from my face repeatedly yelling as loud as he could, "There's only one thing your going to do, there's only one thing your going to do. Your going to get your ass out of this office, your going to get your ass out of this office."

page 1.

Ex. 13