RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

8. Mr. Stansel started telling me that he had talked to Mr. Richey and that I should not be afraid to file grievances. I asked Mr. Stansel if I could show him how close Mr. Richey was to me and how he was yelling. Mr. Stansel said ok so I went over to were he was sitting, bent down within one inch of him and repeated the last words Mr. Richey yelled at me but only at one third the volume.

9. Almost immediately Mr. Stansel told me in a loud directive voice, "Mr. Larson, you need to back up!" Instantly I did so and went over to the other side of the room and said to Mr. Stansel, "Do you see how upset you are at me. Now imagine Mr. Richey doing that to you as loud as he can in a threatening way."

10. Mr. Stansel then started telling me that he had talked to Mr. Richey and I should not be afraid to file grievances. I told Mr. Stansel, "I don't think you understand, Mr. Richey made it very clear that I would be physically harmed if I filed another grievance." Mr. Stansel made a snide comment saying "If you get beat up in the future, we will check Mr. Richey's knuckles, will that make you happy?"

11. I then said to Mr. Stansel, "Let me ask you a question, do you think Mr. Richey was ethically wrong in what he did to me?" Mr. Stansel firmly said no, he did not think Mr. Richey was ethically or otherwise wrong in what he had done. I then said to Mr. Stansel, "How am I suppose to believe your going to protect me from Mr. Richey when you don't even think he has done any thing wrong?"

12. Mr. Stansel then said to me, "Well than how can we resolve this, what's your solution?" I told Mr. Stansel, if I was going to be able to file a grievance without the fear that Mr. Richey would retaliate against me. I did not want Richey to be involved in any way. I did not even want Richey to be able to know that a grievance of mine had been filed.

13. Mr. Stansel agreed that my solution was very reasonable because there was a lady that handled grievances for other contracts within the facility and I could file any grievances through her. I asked Mr. Stansel to send me a memorandum of how to go about filing a grievance through this other lady and he said he would get one to me in a couple of days.

FURTHER YOUR AFFIANT SAYETH NAUGHT. In witness whereof I have signed my name this 20th day of January, 2006 and hereby, persuant to the law as it is found at AS 09.63.020 I certify under penalty of perjury that the foregoing is true.

*Loren J Larson Jr.*

page 2.

Ex. 14