## AFFIDAVIT

RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1. On February 7, 2006 at 10:45 A.M. I met with assistant warden Stansel in the case managers office. Mr. Stansel informed me that the resolution we had agreed upon, that my future grievances would be filed through some one other than Mr. Richey, was not accepted by Timothy Lyden or the warden of Florence Correctional Center. Mr. Stansel said I would have to file any grievances I may have through Mr. Richey.

FURTHER YOUR AFFIANT SAYETH NAUGHT. In witness whereof, I have signed my name this 7th day of February, 2006 and hereby, persuant to the law as it is found at AS 09.63.020 I certify under penalty of perjury that the foregoing is true.

*[signature]*
Loren J Larson Jr.

Ex. 15

page 1.