# STATE OF ALASKA

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF CORRECTIONS**
*Commissioner's Office*

PO Box 112000
Juneau, AK 99811-2000
PHONE: (907) 465-4652
FAX: (907) 465-3390

RECEIVED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

February 14, 2006

Loren J. Larson Jr.
#204981
Florence Correctional Center
PO Box 6200
Florence, AZ 85232

Dear Mr. Larson,

Thank you for your letters dated 12/29/05 regarding your dissatisfaction with my response to your hesitance to continue to file grievances.

Do not misinterpret my succinct response to mean that your statements were taken lightly nor to indicate that the matter was not thoroughly reviewed. I find no ambiguity in what I communicated in my letter dated 12/20/05. However, to confirm my statements and to address your skepticism, I asked Assistant Warden Stansel to meet with you regarding your ability to file grievances. These meetings were held on 1/20/06 and 2/7/06 respectively.

This office takes no further action at this time.

Sincerely,

*Timothy F. Lyden*

Timothy F. Lyden
Standards Administrator


cc: Wardens Martinez, Stansel
    Facility Standards Officer Richey
    File

Ex. 16

printed on recycled paper