Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 100
Anchorage, Alaska 99501
Phone:(907)276-6363
Fax:  (907)276-3528
E-Mail:	mdc1@aol.com

Daniel P. Struck, Bar #012377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone No.:(602) 263-7310
Facsimile No.:(602) 651-7507
E-Mail:	dstruck@jshfirm.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections,<br><br>　　　　　　　　　　Defendants. | NO. A06-00100CV (TMB) |

**DEFENDANT MARK ANTRIM AND ALASKA DEPARTMENT OF CORRECTIONS RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED OCTOBER 18, 2006**

　　　　Defendant Mark Antrim and the Alaska Department of Corrections ("ADOC"), through counsel, submit this Response to Plaintiff's Motion for Summary Judgment filed on October 18, 2006.  Plaintiff's Motion for Summary Judgment must be denied because: (1) Plaintiff's Motion requests judgment as a matter of law based on federal claims that have been withdrawn from this litigation; and (2) there is a pending dispositive motion before the Court

regarding Plaintiff's state law (and only) remaining claims. This Response is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

I.  **PROCEDURAL AND FACTUAL BACKGROUND.**

Plaintiff is an inmate, previously incarcerated at Florence Correctional Center ("FCC"), a facility operated by Corrections Corporation of America ("CCA") pursuant to a contract with ADOC.

Plaintiff initially filed his Complaint against Mark Antrim and the ADOC on March 30, 2006 in the Alaska Superior Court. In Plaintiff's Complaint, he asserted that his constitutional rights to freedom of speech and due process had been violated. Due to Plaintiff's alleged federal claims, Defendants removed this case to Federal Court on April 28, 2006.

Plaintiff subsequently a motion to withdraw his federal claims, amend his complaint and remand the case to the Alaska Superior Court. On September 28, 2006, the Court entered an Order denying Plaintiff's Motion for Remand, but granting Plaintiff's Motion to Amend Complaint.

Plaintiff filed his Amended Complaint on September 28, 2006. In his Amended Complaint, Plaintiff asserts violations of his right to freedom of speech and due process under the Alaska State Constitution. There are no alleged violations of federal law contained in Plaintiff's Amended Complaint.

On October 11, 2006, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint because Plaintiff failed to assert a *prima facie* case of negligence against the Defendants. This Motion remains pending before the Court.

On October 18, 2006, Plaintiff then filed a Motion for Summary Judgment against Defendants alleging that the "Alaska Department of Corrections and Commissioner Mark Antrim continue to violate Larson's First and Fourteenth Amendment Constitutional Rights by not

affording Larson a threat free access to the prison grievance system."[1] In addition, Plaintiff asserts that to prevail on his "claims", he need only establish: (1) that the inmate engaged in constitutionally protected conduct; (2) that prison officials took adverse action; and (3) that the actions served a retaliatory purpose.[2]

Because Plaintiff's Motion for Summary Judgment relates to claims that have clearly been withdrawn by the Plaintiff, the Motion is irrelevant. Accordingly, Plaintiff's Motion for Summary Judgment must be denied.

II. **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RELATES TO CLAIMS NO LONGER IN ISSUE.**

Pursuant to Plaintiff's Amended Complaint, there are no federal claims at issue. Instead, Plaintiff's "new" claims, asserted in his Amended Complaint dated September 28, 2006, are based solely on alleged violations of the Alaska State Constitution. Thus, Plaintiff's Motion for Summary Judgment, addressing federal claims that Plaintiff has clearly withdrawn, is irrelevant. Accordingly, Plaintiff's Motion for Summary Judgment must be denied.[3]

III. **CONCLUSION.**

Based on the foregoing, Plaintiff's Motion for Summary Judgment must be dismissed.

RESPECTFULLY SUBMITTED this 27th day of October, 2006.

JONES, SKELTON & HOCHULI, P.L.C.

By   s/Daniel P. Struck
     Daniel P. Struck, Bar #012377
     2901 North Central Avenue, Suite 800
     Phoenix, Arizona  85012
     Telephone No.:(602) 263-7310
     Facsimile No.:(602) 651-7507
     E-Mail: dstruck@jshfirm.com

---

[1] *See* Plaintiff's Motion for Summary Judgment, page 6.

[2] *Id.*, at page 4.

[3] Defendants reserve the right to file a Response in Opposition to Plaintiff's Motion for Summary Judgment should the Court determine that Plaintiff's Motion is timely.

Attorneys for Defendants, Corrections Corporation of America

SANDBERG, WUESTENFELD & COREY
Michael D. Corey
ABA#8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907)276-6363
Fax: (907)276-3528
E-Mail mdc1@aol.com
Attorneys for Defendants

Original e-filed with the
Court this 27<u>th</u> day of October, 2006.

<u>Certificate of Service</u>

I hereby certify that on this 27th day of October, 2006 a copy of the foregoing:
<u>Defendant Mark Antrim And Alaska Department Of Corrections Response To Plaintiff's Motion For Summary Judgment Filed October 18, 2006</u>
was served by U.S. Mail on:

Loren J. Larson, Jr.
Red Rock Correctional Center
1750 East Arica Road
Eloy, Arizona  85231


            s/ Carol S. Madden