Daniel P. Struck, Bar #012377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey, Bar #ABA#8511130
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave.
Suite 1100
Anchorage, AK 99501
Telephone:  (907) 276-6363
Fax:  (907) 276-3528
mdcl@aol.com

Attorneys for Defendants *Antrim and
 Alaska Dept. of Corrections*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Alaska Dept. of Corrections, Mark Antrim Commissioner of Alaska Dept. of Corrections,<br><br>Defendants. | NO. A06-00100CV (TMB) |

### DEFENDANT, ALASKA DEPARTMENT OF CORRECTIONS' JOINDER IN MARK ANTRIM'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant, Alaska Department of Corrections, through counsel, and pursuant to FED.R.CIV.P. 12(b)(6), hereby joins Mark Antrim's Motion to Dismiss

1

Plaintiff's Amended Complaint for Failure to State a Claim filed with this Court on October 11, 2006.[1]

    RESPECTFULLY SUBMITTED this 30th day of October, 2006.

    JONES, SKELTON & HOCHULI, P.L.C.

BY   s/ Daniel P. Struck
    Daniel P. Struck
    2901 North Central Avenue
    Suite 800
    Phoenix, Arizona  85012
    Telephone:  (602) 263-1700
    Fax:  (602) 200-7811
    dstruck@jshfirm.com

    Michael D. Corey
    SANDBERG, WUESTENFELD & COREY
    ABA#8511130
    701 W. 8th Ave.
    Suite 1100
    Anchorage, AK 99501
    Telephone:  (907) 276-6363
    Fax:  (907) 276-3528
    mdcl@aol.com

    Attorneys for Defendants, *Antrim and Alaska Dept. of Corrections*

This is to certify that a true and correct copy of the foregoing was served by ( x ) mail (  ) hand (  ) fax this 30th day of October, 2006, to:

Loren J. Larson, Jr.
Red Rock Correctional Center
1750 East Arica Road
Eloy, Arizona  85231


    s/ Carol S. Madden
1706340.1

---

[1] On October 11, 2006, a Motion to Dismiss Plaintiff's Amended Complaint was prepared and filed.  As the text of the Motion relates only to Defendant Antrim, Alaska Department of Corrections felt it was necessary to file this Joinder.