**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Loren J. Larson Jr.,<br><br>               Plaintiff,<br><br>    v.<br><br>Alaska Dept. of Corrections, Mark Antrim, Commissioner of Alaska Dept. of Corrections,<br><br>               Defendants. | Case No. 3:06-cv-00100(TMB) |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Upon consideration of the foregoing Motion to Dismiss Plaintiff's Amended Complaint filed by Defendants, and Plaintiff's Response thereto, together with Defendants' Reply, it is hereby ordered GRANTING Defendant's Motion to Dismiss Plaintiff's Amended Complaint and hereby DISMISSING Plaintiff's Amended Complaint.

The Clerk of the Court is ordered to enter judgment dismissing Plaintiff's Amended Complaint.

_____
Timothy M. Burgess
Judge of the United States District Court