RECEIVED
NOV 1 3 2006
CLERK, U.S. ~~~~~~~ COURT
ANCHORAGE, ALASKA

Loren J Larson Jr. pro; se.
Red Rock Correctional Center
1752 East Arica rd.
Eloy, AZ. 85231

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
     plaintiff,

vs.

Alaska Dept. of Corrections
Mark Antrim Commissioner.
     defendant.
_____/
Civil No. A06-00100CV

## MOTION TO REMAND PLAINTIFF'S AMENDED CIVIL COMPLAINT

## AND EXPEDITE RULING

On 5-12-06 plaintiff filed a "Motion to amend plaintiff's civil complaint and remand to state court."

On September 28, 2006 this Court accepted plaintiff's amended civil complaint but denied to remand plaintiff's case to state court. This ruling has caused great confusion to the plaintiff and presumably the defendants alike.

The plaintiff's amended civil complaint was sanitized of all Federal Claims to allow it to be remanded back to state court. Plaintiff's amended complaint should not have been accepted when remand was denied.

Plaintiff moves for his (Accepted) amended civil complaint to be remanded back to the state court as it is now totally void of all Federal Claims.

page 1.

Plaintiff also moves for an expedited ruling on this motion to prevent further; unecessary litigation on the plaintiff's motion for summary judgment and the defendant's motion to dismiss.

Respectfully submitted this 8th day of November, 2006.

_____
Loren J Larson Jr, pro; se.

I certify that on 11-8-06
a copy of this motion was mailed
to Michael D. Cory, Daniel P. Struck
and Jennifer L. Holsman at their address
of record.

_____
Loren J Larson Jr, pro; se.

page 2.