Loren J Larson Jr. pro; se.
Red Rock Correctional Center
1750 East Arica rd.
Eloy, AZ. 85231

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

Loren J Larson Jr.
    plaintiff,

v.

Alaska Dept. of Corrections
Mark Antrim Commissioner.
    defendant.
_____/
Civil No. A06-00100CV

### REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION

### FOR SUMMARY JUDGMENT

Plaintiff received the defendant's response for the first time on November 13, 2006 and now hereby makes his reply.

1. The defendant's try to make it appear that the plaintiff's motion for summary judgment was filed after the defendant's motion to dismiss, but this is not correct. The plaintiff's motion for summary judgment was "Timely Filed" on October 9, 2006 in accordance to FED. R. Appellate Procedure Rule **25(a)(2)(C) INMATE FILING**. The defendant's motion to dismiss was filed with the Court on October 11, 2006 two days after plaintiff's motion for summary judgment.

2. The defendant's argue that the plaintiff's motion for summary judgment must be dismissed because the amended civil complaint that was accepted by the Court on September 28, 2006 has no Federal Claims. The plaintiff has filed a "MOTION TO REMAND PLAINTIFF'S AMENDED CIVIL COMPLAINT AND EXPEDITE RULING" do to the confusion

of why the Court would accept the plaintiff's amended complaint but deny to send the case back to State Court. If the Court denies this expedited motion, plaintiff will **IMMEDIATELY** **MOTION** the Court to reinstate his original Civil Complaint with it's Federal Claims to support his motion for summary judgment.

### CONCLUSION

In consideration of the foregoing, plaintiff's motion for summary judgment should not be denied.

Respectfully submitted this 14th day of November, 2006.

_____
Loren J Larson Jr. pro; se.


I certify that on 11-15-06
a copy of this reply was mailed
to Michael D. Cory, Daniel P. Struck
and Jennifer L. Holsman at their address
of record.

_____
Loren J Larson Jr. pro; se.

page 2.